UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK,<br>Plaintiff, *pro se*<br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>and MASSACHUSETTS BAY<br>COMMUTER RAILROAD COMPANY,<br>Defendants. | C.A. No. 05-11430-PBS |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for the defendant Massachusetts Bay Commuter Railroad Company in the above-captioned matter.

> MASSACHUSETTS BAY COMMUTER
> RAILROAD COMPANY,
> By its attorneys,
>
> /s/ Robert K. Blaisdell
> Robert K. Blaisdell, BBO #568060
> Donoghue, Barrett & Singal, P.C.
> One Beacon Street, Suite 1320
> Boston, Massachusetts 02108
> (617) 598-6700

Dated: November 10, 2005

### CERTIFICATE OF SERVICE

I, Robert K. Blaisdell, hereby certify that I have caused copies of the foregoing document to be served upon by first class mail, postage prepaid to be served upon *pro se* Plaintiff Joseph T. Carmack, 592 Tremont Street, Boston, MA, this 10th day of November, 2005.

/s/ Robert K. Blaisdell
**Robert K. Blaisdell**