UNITED STATES DISTRICT COURT
of the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK,<br>    Plaintiff, *pro se*<br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>and MASSACHUSETTS BAY<br>COMMUTER RAILROAD COMPANY,<br>    Defendants. | C.A. No. 05-11430-PBS |

**MASSACHUSETTS BAY COMMUTER RAILROAD COMPANY'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT
PURSUANT TO FED.R.CIV.P. 12(B)(6)**

NOW COMES the Massachusetts Bay Commuter Railroad Company ("MBCR"), a Defendant in the above-captioned matter, which moves to dismiss the Plaintiff's complaint against it pursuant to F.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief can be granted. As reasons therefore and in support thereof, MBCR submits herewith its Memorandum in Support of its Motion to Dismiss.

                                                  Respectfully Submitted,
                                                MASSACHUSETTS BAY COMMUTER
                                                RAILROAD COMPANY,
                                                By its attorneys,

                                                /s/ Robert K. Blaisdell
                                                Robert K. Blaisdell, BBO #568060
                                                Donoghue, Barrett & Singal, P.C.
                                                One Beacon Street, Suite 1320
                                                Boston, Massachusetts 02108
                                                (617) 598-6700

Dated: November 14, 2005

**CERTIFICATE OF COMPIANCE WITH LR 7.1(A)(2)**

  I, Robert K. Blaisdell, hereby certify that I conferred with the *pro se* Plaintiff Joseph T. Carmack, on the 10th day of November, 2005, in a good faith attempt to resolve or narrow the foregoing issues.

              **/s/ Robert K. Blaisdell**
              **Robert K. Blaisdell**

**CERTIFICATE OF SERVICE**

  I, Robert K. Blaisdell, hereby certify that I have caused copies of the foregoing document to be served upon by first class mail, postage prepaid to be served upon *pro se* Plaintiff Joseph T. Carmack, 592 Tremont Street, Boston, MA, this 14th day of November, 2005.

              **/s/ Robert K. Blaisdell**
              **Robert K. Blaisdell**