UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 NOV 22  P 1:31
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Joseph T. Carmack ) | |
| ) | |
| Plaintiff, Pro Se ) | |
| ) | Civil Action No. 05-11430 PBS |
| v. ) | |
| ) | |
| Massachusetts Bay Transportation ) | |
| ) | |
| Authority ) | |
| ) | |
| and ) | |
| ) | |
| Massachusetts Bay Commuter Railroad ) | |
| ) | |
| Company ) | |
| ) | |
| Defendants ) | |
| ) | |

**PLAINTIFF JOSEPH T. CARMACK'S MOTION TO EXTEND TIME FOR THE FILING OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Joseph T. Carmack ("Plaintiff"), moves this Honorable Court for an order extending the deadline for filing opposition to Defendant, Massachusetts Bay Commuter Railroad Company's ("MBCR") Motion to Dismiss on the grounds specified below. Defendant MBCR does not oppose this Motion.

1. Simultaneously, while responding to MBCR's Motion to Dismiss, Plaintiff is preparing opposition to Summary Judgement motion filed in this Honorable Court for Civil Action No. 03-12488-PBS for which Plaintiff requests an extension by separate motion.

2. The Motion for Summary Judgment in Civil Action No. 03-12488-PBS addresses

1

|   |   |
|---|---|
|   | 8 counts and 7 subcounts of Plaintiff's 62 page Second Amended Complaint in said action which contains 402 paragraphs. The Motion for Summary judgment in that case addresses most counts two times on separate grounds: once on jurisdictional grounds and again addressing direct legal grounds. |
| 3 | Plaintiff expects to be addressing a separate Motion to Dismiss from party Massachusetts Bay Transportation Authority ("MBTA") in the current Civil Action No. 05-11430-PBS for which MBTA has also requested an extension. (Exhibit A). |
| 4. | Plaintiff is obligated to two separate employers for what is usually more than fifty hours per week. |
| 5. | Although Plaintiff expects to be granted leave of absence From one of his employers, sufficient leave to address complex arguments in the outstanding motions is impractical in order for Plaintiff to sustain himself and provide the services that his employers require. |
| 6. | An additional week will enable an appropriate opposition and memorandum to be filed with this Honorable Court. In the interests of justice, fairness and judicial economy, Plaintiff should have an opportunity to properly develop his opposition to Dismiss agruments in this complex case which is amended with charges parallel to charges in Civil Action No. 03-12488-PBS. |

WHEREFORE, Plaintiff moves this Honorable Court to extend the deadline for filing opposition to motion To Dismiss until December 5, 2005.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LR 37.1 Certification
Plaintiff states that he has conferred
with counsel for Defendant on
November 18, 2005, who agreed that
MBCR will not oppose this Motion.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

                                      **Respectfully submitted,**

DATED: November 22, 2005

                                Joseph T. Carmack
                                Plaintiff, Pro Se
                                398 Columbus Ave, PMB 130
                                Boston, MA  02116-6008
                                Work:  617/727-2310 ext. 7045
                                Home:  617/536-0772
                                Pager w/voice mail: 617/798-6466

### Certificate of Service

    I, Joseph T. Carmack, hereby certify that I have on November 22, 2005 served a true copy of the foregoing document by First Class U.S. Mail to Robert K. Blaisdell, Attorney for the Massachusetts Bay Commuter Railroad Co. at One Beacon Street, Suite 1320 Boston, Massachusetts 02108-3113

    I Joseph T. Carmack, hereby certify that I have on November 22, 2005 served a true copy of the foregoing document by First Class U.S. Mail to Todd M. Valicenti, Assistant General Counsel for Massachusetts Bay Transportation Authority at 10 Park Plaza, Room 3910, Boston, MA  02116-3974

DATED:  November 22, 2005

                                Joseph T. Carmack
                                Plaintiff, Pro Se
                                398 Columbus Ave, PMB 130
                                Boston, MA  02116-6008
                                Work:  617/727-2310 ext. 7045
                                Home:  617/536-0772
                                Pager w/voice mail: 617/798-6466

Exhibit A

# Massachusetts Bay Transportation Authority

| Mitt Romney | Kerry Healey | John Cogliano | Daniel A. Grabauskas |
| Governor | Lt. Governor | Secretary and MBTA Chairman | General Manager |

November 18, 2005

Joseph T. Carmack
398 Columbus Avenue
Private Mail Box 130
Boston, MA 02116

RE:   Joseph T. Carmack v. MBTA, et al.
      Civil Action No. 05-11430-PBS

Dear Mr. Carmack:

   This letter is to confirm our conversation on November 17, 2005 during which you agreed to extend the time within which the MBTA has to file an Answer to Count One of your First Amended Complaint and a Motion to Dismiss Counts Two through Fifteen of said Complaint to December 9, 2005.

   Thank you for your cooperation.

                                       Very truly yours,

                                       Todd M. Valicenti
                                       Assistant General Counsel
                                       (617) 222-4579

TMV/ap
cc:   Robert K. Blaisdell, Esq.

*Massachusetts Bay Transportation Authority, Ten Park Plaza, Boston, MA 02116-3974*