UNITED STATES DISTRICT COURT
of the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK,<br>Plaintiff, *pro se*<br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>and MASSACHUSETTS BAY<br>COMMUTER RAILROAD COMPANY,<br>Defendants. | C.A. No. 05-11430-PBS |

**MASSACHUSETTS BAY COMMUTER RAILROAD COMPANY'S
ASSENTED-TO MOTION TO EXTEND THE TIME FOR FILING ITS MOTION
TO DISMISS IN RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

NOW COMES the Massachusetts Bay Commuter Railroad Company ("MBCR"), which moves to extend the time for filing its Motion to Dismiss Plaintiff's First Amended Complaint to December 9, 2005. Plaintiff has assented to this Motion.

Respectfully Submitted,
MASSACHUSETTS BAY COMMUTER
RAILROAD COMPANY,
By its attorneys,

/s/ Robert K. Blaisdell
Robert K. Blaisdell, BBO #568060
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, Massachusetts 02108
(617) 598-6700

Dated: November 30, 2005

**CERTIFICATE OF COMPLIANCE WITH LR 7.1(A)(2)**
I, Robert K. Blaisdell, hereby certify that I conferred with the *pro se* Plaintiff Joseph T. Carmack, on the 30th day of November, 2005, in a good faith attempt to resolve or narrow the foregoing issues.
/s/ Robert K. Blaisdell
Robert K. Blaisdell

**CERTIFICATE OF SERVICE**
I, Robert K. Blaisdell, hereby certify that I have caused copies of the foregoing document to be served upon by first class mail, postage prepaid to be served upon *pro se* Plaintiff Joseph T. Carmack, 592 Tremont Street, Boston, MA, this 30th day of November, 2005.
/s/ Robert K. Blaisdell
Robert K. Blaisdell