UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK,<br>　　　　Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>and MASSACHUSETTS BAY<br>COMMUTER RAILROAD COMPANY,<br>　　　　Defendants | C.A. No. 05-11430-PBS |

**DEFENDANT MASSACHUSETTS BAY TRANSPORTATION AUTHORITY'S ASSENTED TO MOTION TO EXTEND THE TIME FOR FILING ITS ANSWER TO COUNT I AND ITS MOTION TO DISMISS COUNTS II THROUGH XV OF THE PLAINTIFF'S FIRST AMENDED COMPLAINT**

　　　　Now comes Defendant Massachusetts Bay Transportation Authority and moves that this Honorable Court extend the time for filing its Answer to Count I and its Motion to Dismiss Counts II through XV of the Plaintiff's First Amended Complaint to December 9, 2005.  The Plaintiff has assented to this Motion.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted
　　　　　　　　　　　　　　　　　　　　　　　　For the MBTA
　　　　　　　　　　　　　　　　　　　　　　　　By its attorney,

**CERTIFICATE OF SERVICE**
I, Todd M. Valicenti, hereby certify that I have caused a copy of the foregoing document to be served by first class mail, postage prepaid, upon *pro se* Plaintiff, Joseph T. Carmack, 398 Columbus Avenue, PMB 130, Boston, MA 02116, on this 1st day of December, 2005.

/s/Todd M. Valicenti
Todd M. Valicenti

/S/ Todd M. Valicenti
Todd M. Valicenti
BBO# 632800
Assistant General Counsel
MBTA Legal Dept.
Ten Park Plaza, Suite 7760
Boston, MA 02116
Tel: (617) 222-4579
E-mail: tvalicenti@mbta.com

Dated:  December 1, 2005

**CERTIFICATE OF COMPLIANCE WITH LR 7.1(A)(2)**
　　　　I, Todd M. Valicenti, hereby certify that I conferred with the *pro se* Plaintiff, Joseph T. Carmack, on this 1st day of December 2005, in a good faith attempt to resolve or narrow the foregoing issues.
　　　　　　　　　　　　　　　　　　　　　　　　/s/Todd M. Valicenti
　　　　　　　　　　　　　　　　　　　　　　　　Todd M. Valicenti