UNITED STATES DISTRICT COURT
of the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK,<br>  Plaintiff, *pro se*<br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>and MASSACHUSETTS BAY<br>COMMUTER RAILROAD COMPANY,<br>  Defendants. | C.A. No. 05-11430-PBS |

### MASSACHUSETTS BAY COMMUTER RAILROAD COMPANY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P. 12(B)(6)

NOW COMES the Massachusetts Bay Commuter Railroad Company ("MBCR"), a Defendant in the above-captioned matter, which moves to dismiss the Plaintiff's First Amended Complaint against it pursuant to F.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief can be granted. As reasons therefore and in support thereof, MBCR submits herewith its Memorandum in Support of its Motion to Dismiss.

              Respectfully Submitted,
              MASSACHUSETTS BAY COMMUTER
              RAILROAD COMPANY,
              By its attorneys,

              /s/ Robert K. Blaisdell
              Robert K. Blaisdell, BBO #568060
              Donoghue, Barrett & Singal, P.C.
              One Beacon Street, Suite 1320
              Boston, Massachusetts 02108
              (617) 598-6700

Dated: December 9, 2005

### CERTIFICATE OF COMPIANCE WITH LR 7.1(A)(2)

I, Robert K. Blaisdell, hereby certify that I conferred with the *pro se* Plaintiff Joseph T. Carmack, on the 30th day of November, 2005, in a good faith attempt to resolve or narrow the foregoing issues.

/s/ Robert K. Blaisdell
Robert K. Blaisdell

### CERTIFICATE OF SERVICE

I, Robert K. Blaisdell, hereby certify that I have caused copies of the foregoing document to be served upon by first class mail, postage prepaid to be served upon *pro se* Plaintiff Joseph T. Carmack, 592 Tremont Street, Boston, MA, this 9th day of December, 2005.

/s/ Robert K. Blaisdell
Robert K. Blaisdell