UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETT

FILED
CLERKS OFFICE

2005 DEC -9 P 1: 34

DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| Joseph T. Carmack )<br>)<br>    Plaintiff, Pro Se )<br>)<br>)<br>v. )<br>)<br>Massachusetts Bay Transportation )<br>)<br>Authority )<br>    and )<br>)<br>Massachusetts Bay Commuter Railroad )<br>)<br>Company )<br>)<br>    Defendants )<br>) | Civil Action No. 05-11430 PBS<br><br>**NOTICE OF CERTIFICATION**<br><br>**OF MOTION** |

**PLAINTIFF'S NOTICE OF CERTIFICATION OF MOTION FOR LEAVE TO**

**SUBMIT MOTION MEMORANDUM SUBSEQUENT TO FILING OPPOSITION**

Now comes the Plaintiff, Joseph T. Carmack ("Plaintiff"), to notify this

Honorable Court that Plaintiff held conferences with Defendants' Attorneys concerning

PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT MOTION MEMORANDUM

SUBSEQUENT TO FILING OF OPPOSITION TO MOTION prior to filing the motion.

The representative counsel for Massachusetts Bay Commuter Railroad Company and the

representative counsel for Massachusetts Bay Transportation Authority each assented to

the motion.

**Respectfully submitted,**

DATED: December 9, 2005

                                                  Joseph T. Carmack, Plaintiff, Pro Se.
                                                  398 Columbus Ave, PMB 130
                                                  Boston, MA  02116-6008
                                                  Work; 617/727-2310 ext. 7045
                                                  Home: 617/536-0772
                                                  Pager w/voice mail:  617/798-6466

## Certificate of Service

    I, Joseph T. Carmack, hereby certify that I have on December  , 2005 served a true copy of the foregoing document by First Class U.S. Mail to Robert K. Blaisdell, Attorney for the Massachusetts Bay Commuter Railroad Co. at One Beacon Street, Suite 1320 Boston, Massachusetts 02108-3113

    I, Joseph T. Carmack, hereby certify that I have on December  , 2005 served a true copy of the foregoing document by First Class U.S. Mail to Todd Valicenti, Attorney for Massachusetts Bay Transportation Authority at 10 Park Plaza Room 3910, Boston, MA  02116.

DATED: December 9, 2005

                                                  Joseph T. Carmack, Plaintiff, Pro Se.
                                                  398 Columbus Ave, PMB 130
                                                  Boston, MA  02116-6008
                                                  Work; 617/727-2310 ext. 7045
                                                  Home: 617/536-0772
                                                  Pager w/voice mail: 617/798-6466