FILED
UNITED STATES DISTRICT COURT CLERKS OFFICE

FOR THE

2005 DEC 23 P 4: 53

DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Joseph T. Carmack | ) |
| | ) |
| Plaintiff, Pro Se | ) |
| | ) Civil Action No. 05-11430 PBS |
| v. | ) |
| | ) |
| Massachusetts Bay Transportation | ) |
| | ) |
| Authority | ) |
| | ) |
| and | ) |
| | ) |
| Massachusetts Bay Commuter Railroad | ) |
| | ) |
| Company | ) |
| | ) |
| Defendants | ) |

# PLIANTIFF'S MOTION FOR A CONTINUANCE TO FILE MEMORANDUM AND STATEMENT OF MATERIAL FACTS IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS LATE PENDING ORDER ON MOTION TO PROCEED UNDER A PSEUDONYM

Plaintiff hereby moves this this Honorable Court for continuance to file Memorandum and Statement of Material Facts in Support of Opposition to Defendant's Motion to Dismiss and counter motion late pending order on Plaintiff's Motion to Proceed Under a Pseudonym. As grounds for this motion, Plaintiff states material in the Memorandum and Statement of Material Fact in Support of Opposition and Counter Motion for Summary Judgment contains materials that subject to confidentiality order of this honorable court dated June 8, 2005. Therefore, if the Memorandum and Statement are submitted without a pseudonym assigned to the case, confidentiality ordered by this Honorable Court will be breached.

Wherefore, Plaintiff prays for an order for continuance to protect the confidentiality of materials per order of this Honorable Court.

**Respectfully submitted,**

Date: December 23, 2005

_____
Joseph T. Carmack, Plaintiff, Pro Se.
398 Columbus Ave, PMB 130
Boston, MA  02116-6008
Work: 617/727-2310 ext. 7045
Home: 617/536-0772
Pager w/voice mail:  617/798-6466

### Certificate of Service

I, Joseph T. Carmack, hereby certify that I have on December 23, 2005 served a true copy of the foregoing document by First Class U.S. Mail to Robert K. Blaisdell, Attorney for the Massachusetts Bay Commuter Railroad Co. at One Beacon Street, Suite 1320 Boston, Massachusetts 02108-3113

I, Joseph T. Carmack, hereby certify that I have on December 23, 2005 served a true copy of the foregoing document by First Class U.S. Mail to Todd Valicenti, Attorney for Massachusetts Bay Transportation Authority at 10 Park Plaza Room 3910, Boston, MA  02116.

DATED:  December 23, 2005       _____
Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave, PMB 130
Boston, MA  02116-6008
Work: 617/727-2310 ext. 7045 Home: 617/536-0772 Pager w/voice ma