UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH T. CARMACK,<br>Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>and MASSACHUSETTS BAY<br>COMMUTER RAILROAD COMPANY,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-11430-PBS<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT MASSACHUSETTS BAY TRANSPORTATION AUTHORITY'S MOTION FOR LEAVE TO SUBMIT A REPLY TO THE PLAINTIFF'S OPPOSITION AND "COUNTER MOTION" TO THE DEFENDANT MASSACHUSETTS BAY TRANSPORTATION AUTHORITY'S MOTION TO DISMISS COUNTS II THROUGH XV OF THE PLAINTIFF'S FIRST AMENDED COMPLAINT**

Now comes the Defendant Massachusetts Bay Transportation Authority ("MBTA") and moves this Honorable Court for leave to submit a reply to the Plaintiff's Opposition and "Counter Motion" to the Defendant MBTA's Motion to Dismiss Counts II through XV of the Plaintiff's First Amended Complaint. To the extent that the Plaintiff's opposition, entitled, Opposition and "Counter Motion", is considered a motion, the Defendant MBTA's reply would also be considered an opposition to said motion.

The Plaintiff did not assent to this motion.

Respectfully submitted
For the MBTA
By its attorney,

**CERTIFICATE OF SERVICE**
I, Todd M. Valicenti, hereby certify that I have caused a copy of the foregoing document to be served by first class mail, postage prepaid, upon *pro se* Plaintiff, Joseph T. Carmack, 398 Columbus Avenue, PMB 130, Boston, MA 02116, on this 29th day of December 2005.

/s/Todd M. Valicenti
Todd M. Valicenti

/s/Todd M. Valicenti
Todd M. Valicenti
BBO# 632800
Assistant General Counsel
MBTA Legal Dept.
Ten Park Plaza, Suite 7760
Boston, MA 02116
Tel: (617) 222-4579
E-mail: tvalicenti@mbta.com

Dated: December 29, 2005

2

**CERTIFICATE OF COMPLIANCE WITH LR 7.1(A)(2)**

    I, Todd M. Valicenti, hereby certify that I conferred with the *pro se* Plaintiff, Joseph T. Carmack, on this 29th day of December 2005, in a good faith attempt to resolve or narrow the foregoing issues.

/s/Todd M. Valicenti
Todd M. Valicenti