UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

```
_____
                                   )
JOSEPH T. CARMACK,                 )
              Plaintiff, pro se    )
v.                                 )        C.A. No. 05-11430-PBS
                                   )
MASSACHUSETTS BAY                  )
TRANSPORTATION AUTHORITY           )
and MASSACHUSETTS BAY              )
COMMUTER RAILROAD COMPANY,         )
              Defendants.          )
_____)
```

### DEFENDANT MASSACHUSETTS BAY COMMUTER RAILROAD'S MOTION FOR LEAVE TO FILE A REPLY TO THE PLAINTIFF'S OPPOSITION AND "COUNTER MOTION" TO THE DEFENDANT MASSACHUSETTS BAY COMMUTER RAILROAD'S MOTION TO DISMISS THE PLAINTIFF'S FIRST AMENDED COMPLAINT

Now comes the Defendant Massachusetts Bay Commuter Railroad ("MBCR") and moves this Honorable Court for leave to file a reply to the Plaintiff's Opposition and "Counter Motion" to the Defendant MBCR's Motion to Dismiss Plaintiff's First Amended Complaint. To the extent that the Plaintiff's opposition, entitled, Opposition and "Counter Motion", is considered a motion, the Defendant MBCR's reply would also be considered an opposition to said motion.

The Plaintiff did not assent to this motion.

Respectfully Submitted,
MASSACHUSETTS BAY COMMUTER
RAILROAD COMPANY,
By its attorneys,

/s/ Robert K. Blaisdell
Robert K. Blaisdell, BBO #568060
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, Massachusetts 02108
(617) 598-6700

Dated:  January 4, 2006

**CERTIFICATE OF SERVICE**

I, Robert K. Blaisdell, hereby certify that I have caused copies of the foregoing document to be served upon by first class mail, postage prepaid to be served upon *pro se* Plaintiff Joseph T. Carmack, 592 Tremont Street, Boston, MA, this 4th day of January, 2006.

/s/ Robert K. Blaisdell
Robert K. Blaisdell