UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph T. Carmack | ) |
| | ) |
| Plaintiff, Pro Se | ) |
| | ) Civil Action No. 05-11430 PBS |
| v. | ) |
| | ) |
| Massachusetts Bay Transportation | ) |
| | ) |
| Authority | ) |
| | ) |
| and | ) |
| | ) |
| Massachusetts Bay Commuter Railroad | ) |
| | ) |
| Company | ) |
| | ) |
| Defendants | ) |

### PLAINTIFF'S MOTION TO IMPOUND PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM

Plaintiff hereby moves for an order from this Honorable Court granting Plaintiff leave to impound Plaintiff's Motion to proceed under a pseudonym. As grounds therefore, Plaintiff states that purpose of the Motion to Proceed Under a Pseudonym requires it. Plaintiff moves this Honorable Court for a pseudonym to protect the confidentiality of Plaintiff's medical record. Consequently, if the identity of the pseudonym is released into the public record, the motion will become moot., Therefore, until the motion is decided, Plaintiff will submit a redacted copy of the motion to the Court and an unredacted copy of the motion to the Defendant.

Suggested custody arrangements are as follows:

1. Redacted copy will be released into the public record until the motion is decided.

2.   When the motion is decided, the clerk will return the redacted copy and impound an unredacted copy which the Plaintiff will submit to the court.

3.   Upon disposition of the case, The Motion to Proceed Under a Pseudonym will be returned to custody of the Plaintiff.

Wherefore, Plaintiff prays that this Honorable Court fashion a Court Order to maintain the integrity of the motion.

**Respectfully submitted,**

Date: December 23, 2005

_____
Joseph T. Carmack, Plaintiff, Pro Se.
398 Columbus Ave, PMB 130
Boston, MA  02116-6008
Work: 617/727-2310 ext. 7045
Home: 617/536-0772
Pager w/voice mail:  617/798-6466

### Certificate of Service

I, Joseph T. Carmack, hereby certify that I have on December 23, 2005 served a true copy of the foregoing document by First Class U.S. Mail to Robert K. Blaisdell, Attorney for the Massachusetts Bay Commuter Railroad Co. at One Beacon Street, Suite 1320 Boston, Massachusetts 02108-3113

I, Joseph T. Carmack, hereby certify that I have on December 23, 2005 served a true copy of the foregoing document by First Class U.S. Mail to Todd Valicenti, Attorney for Massachusetts Bay Transportation Authority at 10 Park Plaza Room 3910, Boston, MA  02116.

DATED: December 23, 2005   _____
Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave, PMB 130
Boston, MA  02116-6008

Work: 617/727-2310 ext. 7045 Home: 617/536-0772 Pager w/voice ma