UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

2006 JAN 17 P 5: 35

| | |
|---|---|
| Joseph T. Carmack | ) |
| | ) |
| Plaintiff, Pro Se | ) |
| | ) Civil Action No. 05-11430 PBS |
| v. | ) |
| | ) |
| Massachusetts Bay Transportation | ) |
| | ) |
| Authority | ) |
| | ) |
| and | ) |
| | ) |
| Massachusetts Bay Commuter Railroad | ) |
| | ) |
| Company | ) |
| | ) |
| Defendants | ) |
| | ) |

**LIST OF EXHIBITS TO PLAINTIFF'S OPPOSITION TO DEFENDANT MASSACHUSETTS BAY COMMUTTER RAILROAD COMPANY'S <u>MOTION TO DISMISS</u>**

**LETTERED EXHIBITS**

A. Letter from O'Malley to Carmack dated August 20, 2002
B. Letter from Carmack to O'Malley dated August 31, 2002
C. MBCR conditional offer of employment to Plaintiff.
D. Letter from Carmack to Kevin Lydon, MBCR General Manager, dated June 28, 2003, including "Grievance and Demand for Relief", "Proposal" and "Memorandum of Legal Reference".
E. Open letter to Union Members in BLE-57 with leaflet on reverse side.
F. MBTA police report.
G. Affidavit dated July 12, 2003.
H. BLE Constitution, selected pages.
I. Letter from Carmack to O'Bryan dated March 30, 2003
J. Letter fromDePhillips to O'Bryan concerning ongoing claims.



K. Letter from Kenny to Carmack dated May 6, 2003
L. Letter from Carmack to Kenny dated June 25, 2003
M. Letter from Kenny to Carmack dated July 18, 2003
N. Letter from Carmack to Kenny dated July 22, 2003.
O. Letter from Carmack to Harold Ross July 22, 2003
P. Declaration of Plaintiff Carmack dated December 5, 2005.
Q. BLE/MBCR Collective Bargaining Agreement
R. Plaintiff's Engineer Certification

## NUMBERED EXHIBITS

Exhibit 1.  Amtrak Engineers' Roster 2001 with cover letter dated 11/30/2001.
Exhibit 2.  Boston Globe Review of Godzilla 2000, August 18, 2000.
Exhibit 3   Selected Pages of Calendar Log of Gerrard L. DeModena
Exhibit 4   Amtrak Medical Guidelines
Exhibit 5   Selected Documents from files of William Rae produced to to Plaintiff May 17, 2005.
Exhibit 6   Memo from Mr. William Rae to Dr. Timmie Pinsky dated 4/15/2002.
Exhibit 7   "(Draft)" of letter signed "Very truly yours, MJO'M from "Christa" to "Jerry" which was sent electronically from Labor Relations at 138 PM on April 21, 2001 and forwarded from "Old Colony Training" at 206 AM on April 22, 2001.
Exhibit 8   Exhibit 7 with editing. Exhibits 7 and 8 are from Rae's file with copy of letter from Carmack to O'Malley dated March 27, 2001. The documents were arranged in reverse chronological order with Exhibit 9.
Exhibit 9   Plaintiff's grievance letters to M. J. O'Malley of 2001 dated 9/4/00, 7/19/00, 5/22/00 and 4/25/00. in reference to O'Malley's application of the Amtrak attendance policy.
Exhibit 10  EEOC Internal Complaint with cover letter. "Copy to W. C. Rae" with extensive handwritten comments in the margins.
Exhibit 11  Mr. Rae's copy of PERS-19: Defendant's Drug and Alcohol Policy.
Exhibit 12  Draft letter prepared by Labor Relations for Mr. O'Malley to respond to Plaintiff's letters dated July 19.
Exhibit 13  Memo from Mr. Rae to Dr. Pinsky dated March 18, 2002.
Exhibit 14  Copy of Award SBA-928 Award No. 382 from Defendant files.
Exhibit 15  Note to G.L. DeModena from Plaintiff and Plaintiff's response dated "19FEB98".
Exhibit 16  Fax cover page from G.L. DeModena to Marianne Letterio[sic] 15MAY01.
Exhibit 17  Letter from Plaintiff to O'Malley dated August 31, 2002 from Defendant file with termination "Personnel Action Request" attached.

| | |
|---|---|
| Exhibit 18 | E-Mail of G.L. DeModena to M. J. O'Malley dated 8/16/2002. |
| Exhibit 19 | E-Mail of G.L. DeModena to M. J. O'Malley dated 8/21/2002 |
| Exhibit 20 | E-Mail of G.L. DeModena to Police Captain R. Smith dated 8/23/2002. |
| Exhibit 21 | Letter from Cheri Thompson to M. J. O'Malley dated 8/21/2002. |
| Exhibit 22 | Memorandum from W.C. Rae to M.J. O'Bryan dated 4/1/2002 |
| Exhibit 23 | Amtrak Personnel Action Request dated 6/29/2001. |
| Exhibit 24 | Grievance letter from Plaintiff to O'Malley dated 1/9/2001 with "Fax Message" cover from O'Malley to DeModena. dated 1/23/2001. |
| Exhibit 25 | Letter of warning from O'Malley to Plaintiff dated 10/24/2000. |
| Exhibit 26 | Mr. DePhillips refusal to appear for investigation and the BLE's response. 4/8/2002. |
| Exhibit 27 | Amtrak Medical Protocols and Procedures. "General Requirements for Examinations". |
| Exhibit 28 | Job Description for Health Services Manager. |
| Exhibit 29 | "Medical Records and Confidentiality" from Amtrak Policies and Procedures Manual. |
| Exhibit 30 | Instructions for "Maintenance and Disclosure of Employee Personnel and Medical Information" |
| Exhibit 31 | Amtrak Policies and Procedures Manual: ("APPM") "Medical Information Request Procedure, 3.21.00, Amtrak" |
| Exhibit 32 | Sample notification to supervisor of regarding "lack of response to requested medical information". |
| Exhibit 33 | Amtrak medical records privacy policy. |
| Exhibit 34 | APPM, "Records Management" ADMIN-3 and "Records Retention and Destruction", AMIN-3.1 |
| Exhibit 35 | APPM, Role of the Employee Counseling Service, Employee Employee Assistance Program. |
| Exhibit 36 | APPM, Amtrak Medical Directives, 1. Confidentiality and 3. ADA. |
| Exhibit 37 | APPM, Human Resources Memorandum RE ADA/FMLA Policies. |
| Exhibit 38 | APPM, periodic medical exam Process. |
| Exhibit 39 | APPM. Medical Procedures. Disqualification. |
| Exhibit 40 | APPM. Medical Procedures. Medical Standards/Guidelines |
| Exhibit 41 | APPM Exercise and Physical Fitness/Medical Fitness |
| Exhibit 42 | APPM PERS-39, Employee Assistance Program |
| Exhibit 43 | Reasonable Accommodation for Persons with Disabilities. |
| Exhibit 44 | Electronic Mail from Amtrak Police Files on Plaintiff. |
| Exhibit 45 | Job Description for Locomotive Engineer |
| Exhibit 46 | Job Description for Train Dispatcher. |
| Exhibit 47 | Letter from Plaintiff to F. J. O'Connor dated 1/24/2000. |
| Exhibit 48 | Reading list from English 211, including comments about Milton's Paradise Lost and the 'nobility' of Satan from Lloyd Schwarz. |

| | |
|---|---|
| Exhibit 49 | Imaginary Celestial Memos |
| Exhibit 50 | Note from Road Foreman Mark Neverett and Envelope. |
| Exhibit 51 | Dr. Pinsky's notes on conversation with O'Bryan of 5/7/2001 written on Fax cover page. |
| Exhibit 52 | Selected NORAC operating rules. |
| Exhibit 53 | Pages 1, 5, and 6 from MCAD appeal letter dated August 20, 2002. |
| Exhibit 54 | Memorandum from Marianne Lettario dated 1/23/2001. With various Health Resources Periodic Physical Reports from 1996 to 2001. |
| Exhibit 55 | Selected Air Brake Rules from Depositions of M. J. O'Bryan. |
| Exhibit 56 | Printout of Search Page on Amazon.com including Power Plays by John O. Whitney, et al. |
| Exhibit 57 | Transcript of conversation between Plaintiff and Mr. DeModena 5/15/2000. |
| Exhibit 58 | Amtrak Attendance Policy |
| Exhibit 59 | Pages from AMSCAM |
| Exhibit 60 | Dr. Gurion's Third Party Communications. |
| Exhibit 61 | BLE Submission to SBA No. 928. |
| Exhibit 62 | 1985 Correspondence between Plaintiff, Amtrak and Doctor |
| Exhibit 63 | "Attendance Policy" correspondence and grievances. |
| Exhibit 64 | Selected Pages from DSM-IV |
| Exhibit 65 | Plaintiff's Engineer Certifications |
| Exhibit 66 | Plaintiff's Engineer Evaluations |
| Exhibit 67 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC"), "INSTRUCTIONS FOR FIELD OFFICES: ANALYZING ADA CHARGES AFTER SUPREME COURT DECISIONS ADDRESSING 'DISABILITY' AND 'QUALIFIED'", |
| Exhibit 68 | Docotor's Records |
| Exhibit 69 | Power Plays by John O' Whitney, et al. selected pages |
| Exhibit 70 | Page from Defendant Drug and Alcohol policy showing 'criteria' for fitness-for-duty. |
| Exhibit 71 | Notes from Phone Conversation with M. Letterio on 6/15/2001. |
| Exhibit 72 | Defendant's Reply to Plaintiff's appeal of MCAD dismissal. |
| Exhibit 73 | Leterrio Memo of 5/3/2001 to Pinsky with Pinsky's written directive. |
| Exhibit 74 | Defendant's Answers to Interrogatories. |
| Exhibit75 | Poster for Rosencranz and Guildenstern are Dead! performances June and July 2001. |
| Exhibit76 | Selected pages from script of the play Rosencranz and Guildenstern are Dead! by Tom Stoppard. |
| Exhibit77 | Plaintiff's Appeal of MCAD dismissal dated August 20, 2002. |
| Exhibit78 | Copy of Page from Plaintiff's letter dated April 4, 2001 from Defendant's medical department file. |
| Exhibit79 | Copies of covers of The Economist magazine showing Plaintiff's address with Institution of Devastation Awareness as a "business". |

January 17, 2006

*[signature: Joseph T. Carmack]*
Joseph T. Carmack, Plaintiff Pro Se
398 Columbus Ave. PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045
Home: 617/536-0772
Page w/Voice Mail 617/798-6466

## Certificate of Service

I, Joseph T. Carmack, hereby certify that I have on January 17, 2006 served a true copy of the foregoing document by First Class U.S. Mail to Robert K. Blaisdell, Attorney for the Massachusetts Bay Commuter Railroad Co. at One Beacon Street, Suite 1320 Boston, Massachusetts 02108-3113

I, Joseph T. Carmack, hereby certify that I have on January 17, 2006 served a true copy of the foregoing document by First Class U.S. Mail to Todd Valicenti, Attorney for Massachusetts Bay Transportation Authority at 10 Park Plaza Room 3910, Boston, MA 02116.

DATED: January 17, 2006    *[signature: Joseph T. Carmack]*
Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave, PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045 Home: 617/536-0772 Pager w/voice mail: 617/798-6466