UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION |
| MASSACHUSETTS BAY | ) NO. 05-11430-PBS |
| TRANSPORTATION AUTHORITY | ) |
| and MASSACHUSETTS BAY | ) |
| COMMUTER RAILROAD COMPANY, | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION ON
## DEFENDANT MBCR'S INITIAL MOTION TO DISMISS

September 1, 2006

DEIN, U.S.M.J.

　　　Following the plaintiff's filing of his initial complaint, the defendant Massachusetts Bay Commuter Railroad Company ("MBCR") filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). (Docket No. 6). After the plaintiff filed his First Amended Complaint, MBCR filed a motion to dismiss the amended complaint pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 15), which motion is presently pending before the court. The initial motion to dismiss is moot, as the second motion addresses all the claims against the MBCR raised in the First Amended Complaint.

Therefore, this court recommends to the District Judge to whom this case is assigned that the MBCR's initial Motion to Dismiss (Docket No. 6) be DENIED AS MOOT.[1]

        / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

---

[1] The parties are hereby advised that under the provisions of Fed. R. Civ. P. 72 any party who objects to these proposed findings and recommendations must file a written objection thereto with the Clerk of this Court within 10 days of the party's receipt of this Report and Recommendation. The written objections must specifically identify the portion of the proposed findings, recommendations or report to which objection is made and the basis for such objections. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with this Rule shall preclude further appellate review. See Keating v. Sec'y of Health & Human Servs., 848 F.2d 271, 275 (1st Cir. 1988); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603, 604-605 (1st Cir. 1980); United States v. Vega, 678 F.2d 376, 378-79 (1st Cir. 1982); Scott v. Schweiker, 702 F.2d 13, 14 (1st Cir. 1983); see also Thomas v. Arn, 474 U.S. 140, 153-54, 106 S. Ct. 466, 474, 88 L. Ed. 2d 435 (1985). Accord Phinney v. Wentworth Douglas Hosp., 199 F.3d 1, 3-4 (1st Cir. 1999); Henley Drilling Co. v. McGee, 36 F.3d 143, 150-51 (1st Cir. 1994); Santiago v. Canon U.S.A., Inc., 138 F.3d 1, 4 (1st Cir. 1998).