UNITED STATES DISTRICT COURT
FOR THE

2006 SEP 26 P 5:36

DISTRICT OF MASSACHUSETTS

JOSEPH T. CARMACK

PLAINTIFF, PRO SE

v.

MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY

AND

MASSACHUSETTS BAY COMMUTER
RAILROAD COMPANY

DEFENDANTS

CIVIL ACTION
No. 05-11430-PBS

AMENDMENT TO PLAINTIFF
JOSEPH T. CARMACK'S OBJECTION
TO REPORT AND RECOMMENDATION
ON DEFENDANT MBCR'S MOTION
TO DISMISS.

In ORDER TO MORE ADEQUATELY
COMPLY WITH THE REQUIREMENTS OF FEDERAL
RULES OF CIVIL PROCEDURE RULE 72, PLAINTIFF
HEREBY FILES THIS AMENDMENT TO "PLAINTIFF
JOSEPH T. CARMACK'S OBJECTION TO
REPORT AND RECOMMENDATION ON DEFENDANT
MBCR'S MOTION TO DISMISS" ("OBJECTION").

PAGE 1

WHEREAS FEDERAL RULES OF CIVIL PROCEDURE ("F.R.C.P") RULE 72 REQUIRES THAT "A PARTY MAY SERVE AND FILE SPECIFIC, WRITTEN OBJECTION TO THE PROPOSED FINDINGS AND RECOMMENDATIONS" AND THE PLAINTIFF OBJECTS THAT THE RECOMMENDATION WOULD ALLOW DISMISSAL OF COUNTS II - IX AND COUNTS XI TO XV OF PLAINTIFF'S COMPLAINT, PLAINTIFF RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT ALLOW THE FOLLOWING SENTENCE TO BE ADDED AND INSERTED AS THE SECOND SENTENCE AS THOUGH IT WERE SUBMITTED WITH THE OBJECTION ON OCTOBER 3, 2006:

THE PLAINTIFF OBJECTS
THAT THE RECOMMENDATION
ALLOWS DISMISSAL OF
COUNTS II-IX AND COUNTS
XI-XV AND THE RAILWAY
LABOR ACT CLAIMS IN
COUNT I.

RESPECTFULLY SUBMITTED,

DATE OCTOBER 6, 2006

Joseph T. Carmack
JOSEPH T. CARMACK
PLAINTIFF, PRO SE.
398 COLUMBUS AVE PMB/30
BOSTON MA 02116-6008
WORK: 617/727-2310 EXT 7045

CERTIFICATE OF SERVICE

I, JOSEPH T. CARMACK HEREBY CERTIFY THAT
I HAVE ON OCTOBER 6, 2006 SERVED A TRUE
COPY OF THE FOREGOING DOCUMENT BY FIRST
CLASS U.S. MAIL TO ROBERT K. BLAISDELL,
ATTORNEY FOR MASSACHUSETTS BAY COMMUTER RAILROAD
COMPANY AT ONE BEACON ST. SUITE 1320
BOSTON, MA 02108-3113.

DATE OCTOBER 6, 2006    Joseph T. Carmack

PAGE 3

JOSEPH T. CARMACK
PLAINTIFF, PRO SE
398 COLUMBUS AVE. PMB 130
BOSTON MA. 02116-6008
WORK: 617/727-2310 EXT. 7045

I. JOSEPH T. CARMACK, HEREBY
CERTIFY THAT I HAVE ON OCTOBER 6, 2006
SERVED A TRUE COPY OF THE FOREGOING
DOCUMENT BY FIRST CLASS U.S. MAIL
TO TODD VALICENTI, ATTORNEY FOR MASSACHUSETTS
BAY TRANSPORTATION AUTHORITY AT
10 PARK PLAZA ROOM 3910, BOSTON, MA
02116,

DATE OCTOBER 6, 2006          Joseph T. Carmack
         PLAINTIFF          JOSEPH T. CARMACK
                            398 COLUMBUS AVE.
                            PMB 130
                            BOSTON, MA 02116-6008
                            WORK 617/727-2310 EXT. 7045