UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | )   CIVIL ACTION |
| MASSACHUSETTS BAY | )   NO. 05-11430-PBS |
| TRANSPORTATION AUTHORITY | ) |
| and MASSACHUSETTS BAY | ) |
| COMMUTER RAILROAD COMPANY, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference has been scheduled for Monday, November 13, 2006, at 2:00 P.M. before Magistrate Judge Judith Gail Dein in Courtroom #15 on the 5th floor. At that time, the parties shall be prepared to discuss:

    A.    the status of the case;
    B.    scheduling for the remainder of the case through trial;
    C.    use of alternative dispute resolution programs; and
    D.    consent to trial before the Magistrate Judge.

**The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized above.** With respect to the use of ADR or having the matter tried by a Magistrate Judge, the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions.

                                                  SARAH A. THORNTON
                                                  CLERK OF COURT

                                                    _/ s / Jolyne D'Ambrosio_

DATED: October 25, 2006 By: Deputy Clerk