UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH T. CARMACK, | ) | |
| Plaintiff | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY and MASSACHUSETTS BAY COMMUTER RAILROAD COMPANY, | ) | C.A. NO. 05-11430-PBS |
| Defendants | ) | |

**DEFENDANT MBTA'S MOTION TO DISMISS THE RAILWAY LABOR ACT CLAIM ASSERTED IN PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(6)**

Now comes Defendant Massachusetts Bay Transportation Authority ("MBTA") and moves that this Honorable Court dismiss the Railway Labor Act ("RLA") claim, 45 U.S.C. §§ 151 et seq., asserted in Count I of the Plaintiff's First Amended Complaint pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief can be granted.

As grounds therefore, the MBTA states that the protections of the RLA extend only to employees of a carrier and the Plaintiff was never an employee of the MBTA. 45 U.S.C. § 152 Fourth. In further support of this Motion, the MBTA refers to its Memorandum of Law in Support of its Motion to Dismiss filed herewith.

Respectfully submitted
For the MBTA
By its attorney,

/s/ Todd M. Valicenti
Todd M. Valicenti
BBO# 632800
Assistant General Counsel
MBTA Legal Dept.
Ten Park Plaza, Suite 7760
Boston, MA 02116
Tel: (617) 222-4579
E-mail: tvalicenti@mbta.com

**CERTIFICATE OF SERVICE**
I, Todd M. Valicenti, hereby certify that I have caused a copy of the foregoing document to be served by first class mail, postage prepaid, upon *pro se* Plaintiff, Joseph T. Carmack, 398 Columbus Avenue, PMB 130, Boston, MA 02116, on this 15th day of December 2006.

/s/Todd M. Valicenti
Todd M. Valicenti

Dated: December 15, 2006

2

**CERTIFICATE OF COMPLIANCE WITH LR 7.1(A)(2)**

I, Todd M. Valicenti, hereby certify that I conferred with the *pro se* Plaintiff, Joseph T. Carmack, on the 1st day of December 2006, in a good faith attempt to resolve or narrow the foregoing issues.

/s/Todd M. Valicenti
Todd M. Valicenti