UNITED STATES DISTRICT COURT
of the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK, )<br>    Plaintiff, *pro se* )<br>v. )<br>)<br>MASSACHUSETTS BAY )<br>TRANSPORTATION AUTHORITY )<br>and MASSACHUSETTS BAY )<br>COMMUTER RAILROAD COMPANY, )<br>    Defendants. )<br>) | C.A. No. 05-11430-PBS |

## MASSACHUSETTS BAY COMMUTER RAILROAD COMPANY'S MOTION TO DISMISS COUNT X OF PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P. 12(B)(6)

NOW COMES the Massachusetts Bay Commuter Railroad Company ("MBCR"), a Defendant in the above-captioned matter, which moves to dismiss Count X of Plaintiff's First Amended Complaint against it pursuant to F.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief can be granted. As indicated in the Judge Magistrate's Report and Recommendation, there are fatal deficiencies in both claims and as such relief cannot be granted and must be dismissed. As reasons therefore and in support thereof, MBCR submits herewith its Memorandum in Support of its Motion to Dismiss.

                                              Respectfully Submitted,
                                              MASSACHUSETTS BAY COMMUTER
                                              RAILROAD COMPANY,
                                              By its attorneys,

                                              /s/ Robert K. Blaisdell
                                              Robert K. Blaisdell, BBO #568060
                                              Donoghue, Barrett & Singal, P.C.
                                              One Beacon Street, Suite 1320
                                              Boston, Massachusetts  02108
                                              (617) 598-6700

Dated:  December 15, 2006

**CERTIFICATE OF COMPIANCE WITH LR 7.1(A)(2)**

      I, Robert K. Blaisdell, hereby certify that I conferred with the *pro se* Plaintiff Joseph T. Carmack, on the 1st day of November, 2006, in a good faith attempt to resolve or narrow the foregoing issues.

                                         /s/ Robert K. Blaisdell
                                         Robert K. Blaisdell


**CERTIFICATE OF SERVICE**

      I, Robert K. Blaisdell, hereby certify that I have caused copies of the foregoing document to be served upon by first class mail, postage prepaid to be served upon *pro se* Plaintiff Joseph T. Carmack, 592 Tremont Street, Boston, MA, this 15th day of November, 2006.

                                         /s/ Robert K. Blaisdell
                                         Robert K. Blaisdell