UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK,<br>　　　　Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>and MASSACHUSETTS BAY<br>COMMUTER RAILROAD COMPANY,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-11430-PBS<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT MBTA'S ASSENTED TO MOTION TO EXTEND THE TIME FOR
FILING ITS OPPOSITION TO PLAINTIFF'S MOTION TO AMEND
PLAINTIFF'S FIRST AMENDED COMPLAINT**

　　　Now comes Defendant Massachusetts Bay Transportation Authority and moves that this Honorable Court extend the time for filing its Opposition to Plaintiff's Motion to Amend Plaintiff's First Amended Complaint to January 25, 2007.  The Plaintiff has assented to this Motion.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted
　　　　　　　　　　　　　　　　　　　　　　For the MBTA
　　　　　　　　　　　　　　　　　　　　　　By its attorney,

**CERTIFICATE OF SERVICE**
I, Todd M. Valicenti, hereby certify that I have caused a copy of the foregoing document to be served by first class mail, postage prepaid, upon *pro se* Plaintiff, Joseph T. Carmack, 398 Columbus Avenue, PMB 130, Boston, MA 02116, on this 27th day of December 2006.

/s/Todd M. Valicenti
Todd M. Valicenti

　　　　　　　　　　　　　　　　　　　　　　/s/ Todd M. Valicenti
　　　　　　　　　　　　　　　　　　　　　　Todd M. Valicenti
　　　　　　　　　　　　　　　　　　　　　　BBO# 632800
　　　　　　　　　　　　　　　　　　　　　　Assistant General Counsel
　　　　　　　　　　　　　　　　　　　　　　MBTA Legal Dept.
　　　　　　　　　　　　　　　　　　　　　　Ten Park Plaza, Suite 7760
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　　　　　Tel: (617) 222-4579
　　　　　　　　　　　　　　　　　　　　　　E-mail: tvalicenti@mbta.com

Dated:  December 27, 2006

**CERTIFICATE OF COMPLIANCE WITH LR 7.1(A)(2)**
　　　I, Todd M. Valicenti, hereby certify that I conferred with the *pro se* Plaintiff, Joseph T. Carmack, on this 27th day of December 2006, in a good faith attempt to resolve or narrow the foregoing issues.
　　　　　　　　　　　　　　　　　　　　　　/s/Todd M. Valicenti
　　　　　　　　　　　　　　　　　　　　　　Todd M. Valicenti