UNITED STATES DISTRICT COURT
of the
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH T. CARMACK, | ) | |
| Plaintiff, *pro se* | ) | |
| v. | ) | C.A. No. 05-11430-PBS |
|  | ) | |
| MASSACHUSETTS BAY | ) | |
| TRANSPORTATION AUTHORITY | ) | |
| and MASSACHUSETTS BAY | ) | |
| COMMUTER RAILROAD COMPANY, | ) | |
| Defendants. | ) | |
|  | ) | |

## MASSACHUSETTS BAY COMMUTER RAILROAD COMPANY'S ASSENTED-TO MOTION TO EXTEND THE TIME FOR FILING ITS OPPOSITION TO PLAINTIFF'S MOTION TO AMEND PLAINTIFF'S FIRST COMPLAINT

NOW COMES the Massachusetts Bay Commuter Railroad Company ("MBCR"), a Defendant in the above-captioned matter, which moves that this Honorable Court extend the time for filing its Opposition to *Plaintiff's Motion to Amend Plaintiff's First Complaint* to January 25, 2007. The Plaintiff has assented to this Motion.

Respectfully Submitted,
MASSACHUSETTS BAY COMMUTER
RAILROAD COMPANY,
By its attorneys,

/s/ Robert K. Blaisdell
Robert K. Blaisdell, BBO #568060
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, Massachusetts  02108
(617) 598-6700

**CERTIFICATE OF SERVICE**

I, Robert K. Blaisdell, hereby certify that I have caused copies of the foregoing document to be served upon by first class mail, postage prepaid to be served upon *pro se* Plaintiff Joseph T. Carmack, 592 Tremont Street, Boston, MA, this 2nd day of January, 2007.

/s/ Robert K. Blaisdell
Robert K. Blaisdell

Dated:  January 2, 2007

**CERTIFICATE OF COMPIANCE WITH LR 7.1(A)(2)**
I, Robert K. Blaisdell, hereby certify that I conferred with the *pro se* Plaintiff Joseph T. Carmack, on the 2nd day of January, 2007, in a good faith attempt to resolve or narrow the foregoing issues.

/s/ Robert K. Blaisdell
Robert K. Blaisdell