UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph T. Carmack )<br>Plaintiff, Pro Se )<br>)<br>v. )<br>)<br>Massachusetts Bay Transportation Authority )<br>)<br>and )<br>)<br>Massachusetts Bay Commuter Railroad Co. )<br>)<br>Defendants ) | Civil Action No. 05-11430-PBS |

**PLAINTIFF JOSEPH T. CARMACK'S ASSENTED TO MOTION TO EXTEND**

**TIME FOR FILING SECOND AMENDED COMPLAINT TO**

**DECEMBER 18, 2006**

Plaintiff Joseph T. Carmack hereby moves that this Honorable Court extend the time for filing Plaintiff's Second Amended Complaint to December 18, 2006. As grounds therefore Plaintiff states that Plaintiff is required to use commercial resources to complete original typed copies of all documents including motions, memorandums and pleadings and practical considerations required a later submission of the Second Amended Complaint.

Specifically, Plaintiff's Motion to Amend First Amended Complaint and Memorandum were filed timely according to schedule ordered by this honorable court. Plaintiff had insufficient funds to submit Second Amended Complaint with the motion

1

and memorandum. However, Plaintiff was able to submit Second Amended Complaint the following business day, December 18, 2006 in lieu of submitting a handwritten copy. Whereas the Defendants have been granted extensions of twenty days for filing oppositions, they will not be prejudiced by three day extension for receipt of Second Amended Complaint.

    Wherefore, Plaintiff respectfully requests an order allowing extension of time for Plaintiff to file Plaintiff's Second Amended Complaint to December 18, 2006.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
I, Joseph T. Carmack, Plaintiff, Pro Se, certify
that I have conferred with the Defendants to narrow
issues regarding this motion pursuant to the requirements of Local Rule 7.2.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Respectfully submitted,**

Date: January 23, 2007

_/s/ Joseph T. Carmack_
Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045
Home: 617/536-0772

## Certificate of Service

  Joseph T. Carmack hereby certify that I have on January 23, 2007 served a true copy of the foregoing document by First Class U.S. Mail to Robert K. Blaisdell, Attorney for Massachusetts Bay Commuter Railroad Company ate One Beacon St. Suite 1320 Boston, MA 02103-3113

Date: January 23, 2007

*[signature: Joseph T. Carmack]*

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045
Home: 617/536-0772

  Joseph T. Carmack hereby certify that I have on January 23, 2007 served a true copy of the foregoing document by First Class U.S. Mail to Todd Valicenti, Attorney for Massachusetts Bay Transportation Authority at 10 Park Plaza Room 3910, Boston, MA 02116.

Date: January 23, 2007

*[signature: Joseph T. Carmack]*

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045
Home: 617/536-0772