UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 SEP -7  P 5: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| Joseph T. Carmack | ) | |
| Plaintiff, Pro Se | ) | |
| | ) | Civil Action No. 05-11430-PBS |
| v. | ) | |
| | ) | |
| Massachusetts Bay Transportation Authority | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Massachusetts Bay Commuter Railroad Co. | ) | |
| | ) | |
| Defendants | ) | |

**PLAINTIFF JOSEPH T. CARMACK'S MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO JUDGE MAGISTRATES REPORT AND ORDER ON MOTIONS**

## I. INTRODUCTION

Plaintiff hereby moves, per Federal Rules of Civil Procedure, Rule 6, for extension of time to file PLAINTIFF JOSEPH T. CARMACK'S MEMORANDUM IN SUPPORT OF OPPOSITION TO REPORT AND RECOMMENDATION ON DEFENDANTS' MOTIONS TO DISMISS AND ORDER ON PLAINTIFF'S MOTION TO AMEND FIRST AMENDED COMPLAINT. As grounds therefore, plaintiff states that he could not afford leave from employment for an adequate response. The necessary response required an involved review of the history of the case and legal research. The

1

Report and order includes a detailed 27-page legal analysis of complex issues. A response to such an important opinion requires more than the customary time allowed.

## II. REVIEW

The Judge Magistrate's Report and Order (Docket 58) was filed on 8/14/2007. This Honorable Court ordered objections due by 8/28/2007. Although plaintiff submitted an objection on that date, he was unable to complete and submit a memorandum until September 6, 2007.

WHEREFORE, plaintiff hereby prays that this Honorable Court will permit memorandum submitted on September 6, 2007 and permit an equal extension of time for defendants to respond.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiff certifies that Defendant MBTA and plaintiff have
Conferred and complied with Local Rule 7.2.
Defendant counsel for MBCR was unavailable.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Respectfully submitted,**

Date: September 7, 2007

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045

### Certificate of Service

I. Joseph T. Carmack hereby certify that I have on September 7, 2007 served a true copy of the foregoing document by First Class U.S. Mail to Robert K. Blaisdell, Attorney for Massachusetts Bay Commuter Railroad Company ate One Beacon St. Suite 1320 Boston, MA 02103-3113

2

Date:  September 7, 2007

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA  02116-6008
Work:  617/727-2310 ext. 7045

     I. Joseph T. Carmack hereby certify that I have on September 7, 2007 served a true copy of the foregoing document by First Class U.S. Mail to Todd Valicenti, Attorney for Massachusetts Bay Transportation Authority at 10 Park Plaza Room 3910, Boston, MA  02116.

Date:  September 7, 2007

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA  02116-6008
Work:  617/727-2310 ext. 7045

3