UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH T. CARMACK,<br>　　　Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY and<br>MASSACHUSETTS BAY COMMUTER<br>RAILROAD COMPANY,<br>　　　Defendants | )<br>)<br>)<br>)<br>)　Civil Action No.  05-11430-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATEMENT OF THE PARTIES**

　　　Pursuant to this Court's Notice of Status Conference, the parties hereby report to the Court as follows:

A.　　STATUS OF THE CASE

　　　On December 9, 2005, The Massachusetts Bay Transportation Authority ("MBTA") filed a motion to dismiss the claims asserted against it in Counts II-XV of the Plaintiff's 15 count First Amended Complaint.  Magistrate Judge Dein issued a Report and Recommendation on September 1, 2006 ("MBTA R&R") in which she recommended that the MBTA's motion to dismiss be allowed.  This Court adopted the MBTA R&R on September 22, 2006.

　　　On December 9, 2005, the Massachusetts Bay Commuter Railroad Company ("MBCR") filed a motion to dismiss all of the claims asserted against it in the Plaintiff's First Amended Complaint.  Magistrate Judge Dein issued a Report and Recommendation on September 22, 2006 ("MBCR R&R") in which she recommended that MBCR's motion be allowed in part and denied in part.  Magistrate Judge Dein recommended that the Railway Labor Act ("RLA") claim asserted in Count I and the claims asserted in Counts II-IX and XI-XV be dismissed and that the remaining claims asserted against MBCR in Counts I and X be permitted to stand.  This Court adopted the MBCR R&R on October 10, 2006.

　　　On December 15, 2006, the MBTA filed a motion to dismiss the RLA claim asserted against it in Count I of the Plaintiff's First Amended Complaint and MBCR filed a motion to dismiss Count X of said complaint against it.  Magistrate Judge Dein issued a Report and Recommendation on August 14, 2007 ("August

2007 R&R") in which she recommended that both the MBTA's and MBCR's second motions to dismiss be allowed.

On December 18, 2006, the Plaintiff filed a motion to amend his amended complaint, "seeking to amend his complaint in order to remedy any deficiencies in his claims and to reassert all fifteen counts against each of the defendants." August 2007 R&R at 4. At oral argument on April 5, 2007, the Plaintiff withdrew Counts II-IX and XI-XV of his proposed amended complaint. Id. at 4. The remaining issue raised by the Plaintiff's motion to amend his amended complaint was whether he should be allowed to amend his complaint in order to maintain claims against the defendants under the RLA, the Americans with Disabilities Act ("ADA") and the Rehabilitation Act, which were asserted in Count X of his proposed amended complaint. Magistrate Judge Dein, as noted in the August 2007 R&R, allowed said motion in part and denied said motion in part. Magistrate Judge Dein allowed the Plaintiff to amend his complaint in order to allege facts in support of his Rehabilitation Act claim against MBCR. The court found that, even as amended, the Plaintiff "is unable to state a claim against either defendant under the RLA or the ADA, or against [the] MBTA under the Rehabilitation Act." Id. at 4-5.

The only claims that remain pending against the MBTA are claims pursuant to 42 U.S.C. § 1983 ("Section 1983") and the Massachusetts Civil Rights Act, M.G.L. c. 12, § 11 ("MCRA") asserted in Count I.

The only claims that remain pending against MBCR are the Section 1983 and MCRA claims asserted in Count I.

Additionally, the Plaintiff intends to file a Motion to Amend the Second Amended Complaint: to state that MBCR is a recipient of federal funds; to clarify his RLA claims; and to generally streamline said complaint. Both the MBTA and MBCR will oppose said motion to amend.

B.  PROPOSED SCHEDULING ORDER

In light of the Plaintiff's intended Motion to Amend the Second Amended Complaint, the parties suggest that, instead of submitting a proposed scheduling order at this time, the parties return to Court for a third status conference after the Court has had an opportunity to consider and rule upon the Plaintiff's motion. Consequently, at this time the parties agree to the following:

December 7, 2007:   The Plaintiff will file his Motion to Amend the Second Amended Complaint.

January 11, 2008:   The MBTA and MBCR will file their respective Oppositions to the Plaintiff's Motion to Amend the Second Amended Complaint.

  The parties agree to continue this matter for a further status conference following the Court's final decision on the Plaintiff's motion.

C. The parties would consider mediation through the alternative dispute resolution program, based upon mutually-acceptable parameters. The parties further submit that if this matter is mediated, they will jointly move the Court for a modification of the scheduled events to allow for same.

D. The Plaintiff, the MBTA and MBCR hereby submit Certifications pursuant to Local Rule 16.1(D)(3), which are attached hereto as <u>Exhibits A</u>, <u>B</u> and <u>C</u>, respectively.

E. The parties have not reached an agreement on trial by Magistrate Judge.

Respectfully submitted,

| PLAINTIFF, Pro Se, | FOR THE MASSACHUSETTS BAY TRANSPORTATION AUTHORITY<br>by its Attorney, |
|---|---|
| /s/ Joseph T. Carmack_____<br>Joseph T. Carmack<br>398 Columbus Avenue, PMB 130<br>Boston, MA 02116<br>(617) 536-0772 | /s/ Todd M. Valicenti_____<br>Todd M. Valicenti, BBO# 632800<br>Assistant General Counsel<br>MBTA Law Department<br>Ten Park Plaza, Suite 7760<br>Boston, MA 02116<br>(617) 222-4579<br>e-mail: tvalicenti@mbta.com |
| | FOR MASSACHUSETTS BAY COMMUTER RAILROAD COMPANY<br>by its Attorneys, |
| CERTIFICATE OF SERVICE<br><br>I hereby certify that this/these document(s) was/were filed through the ECF system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a copy/copies was/were sent to Joseph Carmack, Plaintiff, Pro Se, as a non-registered participant on this 19th day of November 2007.<br><br>    /s/Todd M. Valicenti<br>    Todd M. Valicenti | /s/ Robert K. Blaisdell_____<br>Robert K. Blaisdell, BBO# 568060<br>Donoghue, Barrett & Singal, P.C.<br>One Beacon Street, Suite 1320<br>Boston, MA 02108<br>(617) 598-6700<br>email: RBlaisdell@dbslawfirm.com |

Dated: November 19, 2007

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

_____
)
Joseph T. Carmack                          )
        Plaintiff, Pro Se            )
)   Civil Action No. 05-11430-PBS
   v.                                        )
)
Massachusetts Bay Transportation Authority )
)
   and                                      )
)
Massachusetts Bay Commuter Railroad Co.    )
)
        Defendants                 )
_____)

**CERTIFICATION OF PLAINTIFF, PRO SE, JOSEPH CARMACK PURSUANT**

**TO LOCAL RULE 16.1(D)(3).**

Plaintiff, pro se, Joseph T. Carmack, hereby submits this statement pursuant to the requirements of Local Rule 16.1(D)(3):

1. Plaintiff submits that Local Rule 16.1(D)(3) does not apply to the plaintiff because, as a pro se litigant, plaintiff has no counsel with whom to confer pursuant to the Rule. In addition, the Rule specifies that the 'counsel' representing the party should submit certification. Whereas plaintiff is representing himself and not 'counsel' per se, plaintiff submits that the rule is not applicable to the plaintiff.

2. To the extent that Local Rule 16.1(D)(3) is applicable to plaintiff, plaintiff states that he has considered the cost and course of the litigation to the best of his abilities. Furthermore, plaintiff is considering all means of resolution, including

1

alternative dispute resolution programs such as those outlined in Local Rule 16.4, and is pursuing them with an effort to establishing the most efficient, rapid and satisfactory remedy possible.

                                                **Respectfully submitted,**

Date: November 15, 2007                /s/Joseph T. Carmack
                                               Joseph T. Carmack
                                               Plaintiff, Pro Se
                                               398 Columbus Ave PMB 130
                                               Boston, MA  02116-6008
                                               Work:  617/727-2310 ext. 7045

### Certificate of Service

    I. Joseph T. Carmack hereby certify that I have on November 15, 2007 served a true copy of the foregoing document by First Class U.S. Mail to Robert K. Blaisdell, Attorney for Massachusetts Bay Commuter Railroad Company ate One Beacon St. Suite 1320 Boston, MA  02108-3113

Date:  November 15, 2007                    _____
                                               Joseph T. Carmack
                                               Plaintiff, Pro Se
                                               398 Columbus Ave PMB 130
                                               Boston, MA  02116-6008
                                               Work:  617/727-2310 ext. 7045

    I. Joseph T. Carmack hereby certify that I have on November 15, 2007 served a true copy of the foregoing document by First Class U.S. Mail to Todd Valicenti, Attorney for Massachusetts Bay Transportation Authority at 10 Park Plaza Room 3910, Boston, MA  02116.

Date:  November 15, 2007                      _____
                                               Joseph T. Carmack
                                               Plaintiff, Pro Se
                                               398 Columbus Ave PMB 130
                                               Boston, MA  02116-6008
                                               Work:  617/727-2310 ext. 7045

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH T. CARMACK, )<br>Plaintiff )<br>)<br>v. )<br>)<br>MASSACHUSETTS BAY )<br>TRANSPORTATION AUTHORITY and )<br>MASSACHUSETTS BAY COMMUTER )<br>RAILROAD COMPANY, )<br>Defendant )<br>) | Civil Action No. 05-11430-PBS |

### CERTIFICATION OF DEFENDANT, MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Defendant Massachusetts Bay Transportation Authority ("MBTA"), hereby certifies and affirms that it and counsel for the MBTA have conferred:

    a. With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

    b. To consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

MASSACHUSETTS BAY  
TRANSPORTATION AUTHORITY  
by its Authorized Representative,

/s/ William A. Mitchell, Jr.  
William A. Mitchell, Jr.  
General Counsel

MASSACHUSETTS BAY  
TRANSPORTATION AUTHORITY  
by its Attorneys,

/s/ Todd M. Valicenti  
Todd M. Valicenti, BBO# 632800  
Assistant General Counsel  
MBTA Law Department  
Ten Park Plaza, Suite 7760  
Boston, MA 02116  
(617) 222-4579  
e-mail: tvalicenti@mbta.com

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK,<br>    Plaintiff, *pro se*<br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>and MASSACHUSETTS BAY<br>COMMUTER RAILROAD COMPANY,<br>    Defendants. | C.A. No. 05-11430-PBS |

**CERTIFICATION OF MASSACHUSETTS BAY COMMUTER
RAILROAD COMPANY PURSUANT TO LOCAL RULE 16.1(D)(3)**

NOW COMES the Massachusetts Bay Commuter Railroad Company ("MBCR"), a Defendant in the above-captioned matter, which states, pursuant to the requirements of Local Rule 16.1(D)(3), that and authorized representative of MBCR and counsel for MBCR have conferred:

(a) with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,
MASSACHUSETTS BAY COMMUTER
RAILROAD COMPANY, LLC

| By its attorneys, | By its Authorized Representative, |
|---|---|
| /s/ Robert K. Blaisdell _____ | /s/ Richard Davey _____ |
| Robert K. Blaisdell, BBO #568060 | Richard A. Davey, Deputy General Manager |
| Donoghue, Barrett & Singal, P.C. | MBCR |
| One Beacon Street, Suite 1320 | 89 South Street |
| Boston, Massachusetts 02108 | Boston, Massachusetts 02111 |
| (617) 598-6700 | |
| Dated: November 16, 2007 | Dated: November 16, 2007 |

2

**CERTIFICATE OF SERVICE**

  I, Robert K. Blaisdell, hereby certify that this 16th day of November, 2007 I have caused copies of the foregoing document to be served upon by first class mail, postage prepaid to be served upon

  **Joseph T. Carmack,** *pro se*
  **398 Columbus Ave. PMB 130**
  **Boston, MA 02116**

  **Todd Valicenti, Esq.**
  **Massachusetts Bay Transportation Authority**
  **10 Park Plaza, Room 3910**
  **Boston, MA  02116**

            **/s/ Robert K. Blaisdell**

            **Robert K. Blaisdell**

2