UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joseph Carmack
Plaintiff,

       V.                                      Civil Action Number
                                            05-11430-PBS

MBTA, et al
Defendant.                                       November 26, 2007

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 2/29/08

Summary Judgment Motion filing deadline: 3/30/08

Opposition to Summary Judgment Motions: 4/14/08

Case to be referred to PSSA for possible appointment of Pro Bono counsel

                                                        By the Court,

                                                        /s/ Robert C. Alba
                                                        Deputy Clerk