UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2007 NOV 23 P 12:59
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Joseph T. Carmack<br>Plaintiff, Pro Se<br><br>v.<br><br>Massachusetts Bay Transportation Authority<br><br>and<br><br>Massachusetts Bay Commuter Railroad Co.<br><br>Defendants | Civil Action No. 05-11430-PBS |

### PLAINTIFF'S OFFER OF SETTLEMENT

To: Defendants Massachusetts Bay Transportation Authority and Massachusetts Bay Commuter Railroad Co.:

Plaintiff, Pro Se, Joseph T. Carmack offers settlement of claims against Defendants contingent on the following conditions:

1. Defendants will allow Plaintiff to be restored to service as Locomotive Engineer in Commuter Service on Massachusetts Bay Transportation Authority ("MBTA") with full seniority rights in accordance with collective bargaining agreements between the National Railroad Passenger Corporation ("NRPC" or "Amtrak") and the Brotherhood of Locomotive Engineers ("BLE"), collective bargaining agreements between Massachusetts Bay Commuter Rail ("MBCR") and BLE and the 2001 Amtrak/BLE seniority roster.

2. Defendants will allow Plaintiff to be restored to service as Locomotive Engineer in Commuter Service on MBTA on or before January 7, 2008 allowing for 30 days notice to Plaintiff of date of restoration.

3. Defendant will pay Plaintiff to re-qualify and re-certify on all commuter service routes on MBTA and pay will be based on the passenger engineer rate established by collective bargaining agreement between MBCR and BLE.

4. Plaintiff will be permitted the same period of time to re-qualify and re-certify as required of Plaintiff by Defendant when Plaintiff initially qualified and certified on all MBTA routes during the period from December 1996 through May 1998 (18 months). This time period to re-certify and re-qualify may be changed by mutual agreement between Plaintiff and Defendants.

5. Plaintiff will return to work with fully accumulated engineer's vacation allowance in accordance with 28 years of continuous railroad service (from October 8, 1979).

6. Defendants will rescind all claims of workplace violence known or unknown against the Plaintiff.

7. Defendants will rescind all claims of insubordination or other disciplinary accusations against the Plaintiff.

8. Any outstanding medical claims or claims of medical disqualification of Plaintiff from service will be rescinded. Plaintiff will be afforded medical confidentiality on any required medical examinations pursuant to confidentiality policies of Amtrak in May of 2001.

9. This Settlement offer is made pursuant to section(C) of Local Rule 16.1 Local Federal Rules of civil Procedure of United States District court of the District of Massachusetts and Rule 408 of the Federal Rules of Evidence, and this settlement offer is not to be taken as a release of any claim of liability or wrongdoing against defendants Massachusetts Bay Transportation Authority and Massachusetts Bay Commuter Railroad Co.

This offer shall remain open for ten days after scheduling conference scheduled for November 26, 2007.

Date: November 16, 2007

Respectfully submitted,

Date: November 16, 2007

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130

2

Boston, MA  02116-6008
Work:  617/727-2310 ext. 7045

### Certificate of Service

I, Joseph T. Carmack hereby certify that I have on November 16, 2007 served a true copy of the foregoing document by First Class U.S. Mail and electronic mail to Robert K. Blaisdell, Attorney for Massachusetts Bay Commuter Railroad Company at One Beacon St. Suite 1320 Boston, MA  02108-3113

Date: November 16, 2007

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA  02116-6008
Work:  617/727-2310 ext. 7045

I, Joseph T. Carmack hereby certify that I have on November 16, 2007 served a true copy of the foregoing document by First Class U.S. Mail and electronic mail to Todd Valicenti, Attorney for Massachusetts Bay Transportation Authority at 10 Park Plaza Room 3910, Boston, MA  02116.

Date: November 16, 2007

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA  02116-6008
Work:  617/727-2310 ext. 7045