UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2008 JAN -3  P 3: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Joseph T. Carmack )<br>      Plaintiff, Pro Se )<br>)<br>v. )<br>)<br>Massachusetts Bay Transportation Authority )<br>)<br>and )<br>)<br>Massachusetts Bay Commuter Railroad Co. )<br>)<br>      Defendants ) | Civil Action No. 05-11430-PBS |

**PLAINTIFF JOSEPH T. CARMACK'S MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM AND *REVISED* MOTION TO AMEND 1ST AMENDED COMPLAINT BY ALLOWING ALL FACTS AVERRED IN PLAINTIFF'S 2ND AMENDED COMPLAINT WITH PARAGRAPH INSERTIONS**

**I. INTRODUCTION**

Plaintiff hereby moves, per Federal Rules of Civil Procedure, Rule 6, for extension of time to file ***REVISED*** **MOTION TO AMEND 1ST AMENDED COMPLAINT BY ALLOWING ALL FACTS AVERRED IN PLAINTIFF'S 2ND AMENDED COMPLAINT WITH PARAGRAPH INSERTIONS** and memorandum. As grounds therefore, plaintiff states that he could not afford leave from employment for an adequate memorandum. The necessary response required an involved review of the

1

history of the case and legal research. The current motion is in response to this Honorable Court's Report and Order which includes a detailed 27-page legal analysis of complex issues ("R&O", Docket 58). Although motion for the amendment may not be required following allowances to the previous motions, the parties had not anticipated this Honorable Court's response to the plaintiff's opposition to the R&O. Under the circumstances, the parties agreed that a motion for amendment would be in order. In addition, a satisfactory response to such an important opinion and the plaintiff's increased work schedule require more than the customary time allowed.

## II. REVIEW

The parties attended a scheduling conference on November 26, 2007. Prior to the conference, the parties submitted a proposed discovery schedule which included an amendment to the complaint due from the Plaintiff on December 7, 2007. However, at the time of the proposed schedule was submitted, this Honorable Court had not responded to the plaintiff's opposition to the R&O. After the scheduling conference, the parties held a telephone conference where disagreements were expressed concerning the outcome of the scheduling conference. The parties agreed that amending the complaint by motion would help satisfy disagreements.

## III. ARGUMENT

As plaintiff has noted in opposition to the R&O, the case involves in interaction of various federal statutes regulating rail commerce and labor. Clarification of the coordination of those laws with the history of the relevant issues to this case has required a deeper analysis in order to satisfy any potential misunderstandings between the parties or with the Court. More time has been required to create the necessary memorandum. In

addition, Plaintiff's employers have not been in position to permit enough leave and the plaintiff will need to increase hours to pay for all discovery documents.

Besides the need to extend time for the memorandum, the plaintiff also had to revise the original motion and the plaintiff submitted a revised motion on December 10, 2007. Plaintiff prays for enlargement of time to allow that late submission. The delay was a short one and will not prejudice the defendants.

WHEREFORE, plaintiff hereby prays that this Honorable Court will: permit revised motion submitted on December 10, 2007; permit extension until January 7, 2008 for plaintiff to submit memorandum; and permit an equal extension of time for defendants to respond. The Plaintiff does not anticipate further delays in the discovery schedule resulting from the extension requested.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiff certifies that Defendant MBTA and plaintiff have
Conferred and complied with Local Rule 7.2.
Defendant counsel for MBTA does not object to this motion.
Defendant counsel for MBCR said "okay".
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Respectfully submitted,

Date: January 3, 2008

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045

**Certificate of Service**

I. Joseph T. Carmack hereby certify that I have on January 3, 2008 served a true copy of the foregoing document by First Class U.S. Mail to Robert K. Blaisdell, Attorney for Massachusetts Bay Commuter Railroad Company ate One Beacon St. Suite 1320 Boston, MA 02103-3113

Date: January 3, 2008

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045

I. Joseph T. Carmack hereby certify that I have on January 3, 2008 served a true copy of the foregoing document by First Class U.S. Mail to Todd Valicenti, Attorney for Massachusetts Bay Transportation Authority at 10 Park Plaza Room 3910, Boston, MA 02116.

Date: January 3, 2008

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045