UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK,<br>Plaintiff, *pro se*<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>and MASSACHUSETTS BAY<br>COMMUTER RAILROAD,<br>Defendants | C.A. No. 05-11430-PBS |

### DEFENDANTS' ASSENTED-TO JOINT MOTION TO EXTEND THE TIME FOR FILING THEIR OPPOSITIONS TO PLAINTIFF'S *REVISED* MOTION TO AMEND PLAINTIFF'S FIRST AMENDED COMPLAINT

NOW COME the Massachusetts Bay Commuter Railroad Company ("MBCR"), and the Massachusetts Bay Transportation Authority (the "MBTA"), the Defendants in the above-captioned matter, which hereby jointly move that this Honorable Court extend the time for filing their respective Oppositions to *Plaintiff's Revised Motion to Amend Plaintiff's First Amended Complaint* to February 1, 2008. The Plaintiff has assented to this Motion.

                Respectfully submitted,

                MASSACHUSETTS BAY COMMUTER
                RAILROAD COMPANY,
                By its attorneys,

                /s/ Robert K. Blaisdell
                Donoghue, Barrett & Singal, P.C.
                One Beacon Street, Suite 1320
                Boston, MA 02108
                (617) 598-6700

|  |  |
|---|---|
|  | MASSACHUSETTS BAY TRANSPORTATION AUTHORITY<br>By its attorneys,<br><br>/s/ Todd M. Valicenti<br>Assistant General Counsel<br>MBTA Law Department<br>Ten Park Plaza, Suite 7760<br>Boston, MA 02116 |
| Dated: January 11, 2008 | (617) 222-4579 |

### CERTIFICATE OF COMPIANCE WITH LR 7.1(A)(2)

I, Robert K. Blaisdell, hereby certify that I conferred with the *pro se* Plaintiff Joseph T. Carmack, in a good faith attempt to resolve or narrow the foregoing issues.

/s/ Robert K. Blaisdell
Robert K. Blaisdell

### CERTIFICATE OF SERVICE

I, Robert K. Blaisdell, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 11th day of January, 2008.

/s/ Robert K. Blaisdell
Robert K. Blaisdell

2