## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK,<br>      Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY and<br>MASSACHUSETTS BAY COMMUTER<br>RAILROAD COMPANY,<br>      Defendants | )<br>)<br>)<br>)<br>)   Civil Action No. 05-11430-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Please enter on the docket the appearance of H. Reed Witherby as counsel for the defendant Massachusetts Bay Transportation Authority.

                                                  Respectfully submitted,

                                                  /s/ H. Reed Witherby
                                                H. Reed Witherby, BBO No. 531600
                                                Smith & Duggan LLP
                                                Two Center Plaza
                                                Boston, Massachusetts 02108
                                                (617) 228-4400

Dated: February 1, 2008

> CERTIFICATE OF SERVICE
>
> I hereby certify that this document was filed through the ECF system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that I have caused a copy to be sent by first class mail, postage prepaid, to Joseph Carmack, Plaintiff, Pro Se, 398 Columbus Avenue, PMB 130, Boston, MA 02116-6008, as a non-registered participant on this 1st day of February, 2008.
>
>                                    /s/ H. Reed Witherby
>                                    H. Reed Witherby