UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Joseph T. Carmack <br>       Plaintiff, Pro Se <br><br> v. <br><br> Massachusetts Bay Transportation Authority <br><br> and <br><br> Massachusetts Bay Commuter Railroad Co. <br><br>       Defendants | ) <br> ) <br> ) <br> )   Civil Action No. 05-11430-PBS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF JOSEPH T. CARMACK'S MOTION FOR LEAVE TO FILE**

**RESPONSES TO DEFENDANTS' OPPOSITIONS TO PLAINTIFF'S** *REVISED*

**MOTION TO AMEND PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff Joseph T. Carmack ("plaintiff") hereby moves this Honorable Court for an order granting leave for plaintiff to file a response to Defendants'[1] Oppositions[2] to Plaintiff's *Revised* Motion to Amend Plaintiff's First Amended Complaint. Plaintiff prays for an order allowing until February 12, 2008 to file his response.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Plaintiff certifies that parties have
Conferred and complied with Local Rule 7.2
Defendants do not object to this motion.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

[1] Massachusetts Bay Transportation Authority ("MBTA") and Massachusetts Bay Commuter Railroad Co. ("MBCR").
[2] See Docket 72 Opposition to RE: 67 Motion to Amend 9 Amended Complaint filed by MBCR and Docket 73 Opposition to RE: 67 Motion to Amend 9 Amended Complaint filed by MBTA

1

**Respectfully submitted,**

Date: February 5, 2008

*[signature]*

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045

### Certificate of Service

I. Joseph T. Carmack hereby certify that I have on February 5, 2008 served a true copy of the foregoing document by First Class U.S. Mail to Robert K. Blaisdell, Attorney for Massachusetts Bay Commuter Railroad Company ate One Beacon St. Suite 1320 Boston, MA 02103-3113

Date: February 5, 2008

*[signature]*

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045

I. Joseph T. Carmack hereby certify that I have on February 5, 2008 served a true copy of the foregoing document by First Class U.S. Mail to Todd Valicenti, at 10 Park Plaza Room 3910, Boston, MA 02116 and Reed Witherby at Two Center Plaza, Boston, MA 02108, Attorneys for Massachusetts Bay Transportation Authority

Date: February 5, 2008

*[signature]*

Joseph T. Carmack
Plaintiff, Pro Se
398 Columbus Ave PMB 130
Boston, MA 02116-6008
Work: 617/727-2310 ext. 7045