UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph T. Carmack ) <br> Plaintiff, Pro Se ) <br> ) <br> v. ) <br> ) <br> Massachusetts Bay Transportation Authority ) <br> ) <br> and ) <br> ) <br> Massachusetts Bay Commuter Railroad Co. ) <br> ) <br> Defendants ) <br> ) | Civil Action No. 05-11430-PBS |

# PLAINTIFF JOSEPH T. CARMACK'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANTS' OPPOSITIONS TO PLAINTIFF'S *REVISED* MOTION TO AMEND THE FIRST AMENDED COMPLAINT BY ALLOWING ALL FACTS AVERRED IN PLAINTIFF'S SECOND AMENDED COMPLAINT WITH PARAGRAPH INSERTIONS

Now comes the plaintiff, Joseph T. Carmack, to move that this Honorable Court extend the time to file plaintiffs response to Defendants' oppositions to PLAINTIFF'S *REVISED* MOTION TO AMEND THE FIRST AMENDED COMPLAINT BY ALLOWING ALL FACTS AVERRED IN PLAINTIFF'S SECOND AMENDED COMPLAINT WITH PARAGRAPH INSERTIONS to February 19, 2008. The Defendants do not object to this motion.

1

```
**************************
```
Plaintiff certifies that parties have
Conferred and complied with Local Rule 7.2
```
**********************************
```

<b>Respectfully submitted,</b>

Date: February 13, 2008                   _____
                                          Joseph T. Carmack
                                          Plaintiff, Pro Se
                                          398 Columbus Ave PMB 130
                                          Boston, MA  02116-6008
                                          Work:  617/727-2310 ext. 7045

### Certificate of Service

I. Joseph T. Carmack hereby certify that I have on February 13, 2008 served a true copy of the foregoing document by First Class U.S. Mail to Robert K. Blaisdell, Attorney for Massachusetts Bay Commuter Railroad Company ate One Beacon St. Suite 1320 Boston, MA  02108-3113

Date: February 13, 2008                   _____
                                          Joseph T. Carmack
                                          Plaintiff, Pro Se
                                          398 Columbus Ave PMB 130
                                          Boston, MA  02116-6008
                                          Work:  617/727-2310 ext. 7045

I. Joseph T. Carmack hereby certify that I have on February 13, 2008 served a true copy of the foregoing document by First Class U.S. Mail to Todd Valicenti, Attorney for Massachusetts Bay Transportation Authority at 10 Park Plaza Room 7760, Boston, MA  02116 and Reed Witherby at Two Center Plaza, Boston, MA  02108, Attorneys for Massachusetts Bay Transportation Authority.

Date: February 13, 2008                   _____
                                          Joseph T. Carmack
                                          Plaintiff, Pro Se
                                          398 Columbus Ave PMB 130
                                          Boston, MA  02116-6008