UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph T. Carmack<br>　　　　Plaintiff, Pro Se<br><br>v.<br><br>Massachusetts Bay Transportation Authority<br><br>　　　and<br><br>Massachusetts Bay Commuter Railroad Co.<br><br>　　　　Defendants | Civil Action No. 05-11430-PBS |

To the Clerk:

Now comes the plaintiff in the above captioned case, Joseph T. Carmack, to file a change of address with the Court. Please reference that the Plaintiff's address has changed to:

> Joseph T. Carmack
> 592 Tremont Street, #5
> Boston, MA 02118
> Work: 617/727-2310 ext. 7045
> Cell Phone: 617/504-0075
> Home: 617/536-0772

Thank you for your consideration of this matter.

Respectfully submitted,

Date: February 19, 2008

_____
Joseph T. Carmack
Plaintiff, Pro Se
592 Tremont Street, #5
Boston, MA 02118
Work: 617/727-2310 ext. 7045

1