UNITED STATES DISTRICT COURT
of the
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH T. CARMACK,<br>Plaintiff, *pro se*<br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>and MASSACHUSETTS BAY<br>COMMUTER RAILROAD COMPANY,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-11430-PBS |

**PLAINTIFF'S ASSENTED-TO**
**MOTION TO AMEND THE SCHEDULING ORDER**

     NOW COMES the Plaintiff, Joseph Carmack, who moves that this Honorable Court amend the Court's November 26, 2007 Scheduling Order, as follows:

     Fact Discovery deadline: 4/30/08

     Summary Judgment Motion filing deadline: 5/30/08

     Opposition to Summary Judgment Motions: 6/13/08

The Defendants have assented to this Motion.

                                            **Respectfully submitted,**

Date: February 27, 2008              /s/ Joseph T. Carmack        _
                                                   Joseph T. Carmack
                                                   Plaintiff, Pro Se
                                                    592 Tremont Street, #5
                                                   Boston, MA 02118
                                                   Work: 617/727-2310 ext. 7045
                                                   Home: 617/536-0772

**Certificate of Service**

    I. Joseph T. Carmack hereby certify that I have on February 27, 2008 served a true copy of the foregoing document by electronic filing to Robert K. Blaisdell, Attorney for Massachusetts Bay Commuter Railroad Company ate One Beacon St. Suite 1320 Boston, MA 02108-3113

| | |
|---|---|
| Date: February 27, 2008 | /s/ Joseph T. Carmack _ <br> Joseph T. Carmack <br> Plaintiff, Pro Se <br> 592 Tremont Street, #5 <br> Boston, MA  02118 <br> Work:  617/727-2310 ext. 7045 <br> Home:  617/536-0772 |

    I. Joseph T. Carmack hereby certify that I have on February 27, 2008 served a true copy of the foregoing document by electronic filing to Todd Valicenti, Attorney for Massachusetts Bay Transportation Authority at 10 Park Plaza Room 3910, Boston, MA  02116 and Reed Witherby at Two Center Plaza, Suite 260, Boston, MA  02108

| | |
|---|---|
| Date: February 27, 2008 | /s/ Joseph T. Carmack _ <br> Joseph T. Carmack <br> Plaintiff, Pro Se <br> 592 Tremont Street, #5 <br> Boston, MA  02118 <br> Work:  617/727-2310 ext. 7045 <br> Home:  617/536-0772 |