UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH T. CARMACK,<br>   Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY and<br>MASSACHUSETTS BAY COMMUTER<br>RAILROAD COMPANY,<br>   Defendants | )<br>)<br>)<br>)<br>)  Civil Action No. 05-11430-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**REQUEST FOR ORAL ARGUMENT ON
PLAINTIFF'S *REVISED* MOTION TO AMEND**

The defendant Massachusetts Bay Transportation Authority (MBTA), believing that oral argument may assist the Court, respectfully requests that the Plaintiff's *Revised* Motion to Amend the First Amended Complaint, etc. [Docket No. 67] be set down for hearing.

Respectfully submitted,


 /s/ H. Reed Witherby
H. Reed Witherby, BBO No. 531600
Smith & Duggan LLP
Two Center Plaza
Boston, Massachusetts 02108
(617) 228-4400


 /s/ Todd M. Valicenti
Todd M. Valicenti, BBO No. 632800
Assistant General Counsel
MBTA Legal Department
Ten Park Plaza, Suite 7760
Boston, Massachusetts 02116
(617) 222-4579

March 7, 2008

> CERTIFICATE OF SERVICE
>
> I hereby certify that this document was filed through the ECF system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that I have caused a copy to be sent by first class mail, postage prepaid, to Joseph Carmack, Plaintiff Pro Se, 592 Tremont Street, No. 5, Boston, MA 02118, as a non-registered participant on this 7th day of March, 2008.
>
> /s/ H. Reed Witherby
> H. Reed Witherby