UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY and<br>MASSACHUSETTS BAY COMMUTER<br>RAILWAY COMPANY,<br>    Defendants | )<br>)<br>)<br>)<br>)  Civil Action No. 05-11430-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter on the docket the appearance of Sarah E. Lent as co-counsel for the defendant Massachusetts Bay Transportation Authority.

Respectfully submitted,

*/s/ Sarah E. Lent*
Sarah E. Lent, BBO No. 645156
Smith & Duggan LLP
Lincoln North
55 Old Bedford Road
Lincoln, Massachusetts 01773
(617) 228-4400

Dated: March 10, 2008

---

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that I have caused a copy to be sent by first class mail, postage prepaid, to Joseph Carmack, Plaintiff, Pro Se, 398 Columbus Avenue, PMB 130, Boston, MA 02116-6008, as a non-registered participant on this 10th day of March, 2008.

*/s/ Sarah E. Lent*
Sarah E. Lent