```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

JOSEPH T. CARMACK                    )
     Plaintiff,                      )
                                     )
                                     )
          v.                         )
                                     )
                                     )      C.A. No. 05-11430-PBS
                                     )
MASS. BAY TRANSPORTATION             )
AUTHORITY, ET AL.,                   )
     Defendants.                     )
```

ORDER RE: APPOINTMENT OF *PRO BONO* COUNSEL

SARIS, D.J.

On November 26, 2007, at a scheduling conference, this Court indicated that the Pro Bono Coordinators would be asked to make efforts to secure *pro bono* counsel for the plaintiff.

Since that time, despite substantial efforts to find counsel to represent the plaintiff, no counsel has been located willing to accept a *pro bono* appointment.

At this juncture, the Court finds that further efforts to secure *pro bono* counsel for the plaintiff are not likely to be successful, and that this action should not be delayed further pending the search for *pro bono* counsel, particularly where a hearing on defendant's Motion to Amend is set for April 4, 2008 at 3:00 p.m.

Accordingly, plaintiff is advised that no further efforts will be made by the Court to locate *pro bono* counsel on his behalf, and therefore he must continue to litigate this action *pro se*. If plaintiff seeks counsel to represent him in this action, he must make his own efforts to obtain counsel. Absent

an appearance by counsel, plaintiff will be deemed to be proceeding *pro se* with respect to all future proceedings.[1]


SO ORDERED.

                                              /s/ Patti B. Saris
                                              PATTI B. SARIS
                                              UNITED STATES DISTRICT JUDGE

DATED: March 24, 2008

---

[1] This case shall remain on the Court's list of available *pro bono* cases, and if *pro bono* counsel can be secured at some future date, the Court will reconsider at that time, whether appointment of *pro bono* counsel for the plaintiff is warranted.