UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph T. Carmack<br>　　　　Plaintiff, Pro Se<br><br>v.<br><br>Massachusetts Bay Transportation Authority<br><br>and<br><br>Massachusetts Bay Commuter Railroad Co.<br><br>　　　　Defendants | Civil Action No. 05-11430-PBS |

**PLAINTIFF JOSEPH T. CARMACK'S REQUEST FOR TWO-DAY EXTENSION**

**FOR TIME TO FILE MEMORANDUM IN SUPPORT OF OBJECTION TO**

**DEFENDANT MBCR's PROTECTIVE ORDER**

　　　　Plaintiff Joseph T. Carmack ("Plaintiff") hereby moves this Honorable Court for an enlargement of time pursuant to Fed. Rules of Civ. Procedure Rule 6 for time to file memorandum in support of Plaintiff's objection to the Court's protective order and plaintiff's Motion for Leave to Take Depositions By Oral Examination. As grounds therefore plaintiff states that he has been forced to maintain a concentrated deposition schedule while maintaining a busy work schedule.

　　　　Although Defendant MBCR submitted their motion for a protective order on April 13, 2008, plaintiff's need to respond has been complicated by the Court's decision to issue an order on April 18, 2008. In the meantime, along with a busy work schedule

1

requiring 50 to 70 hours a week, the plaintiff has had to prepare for two depositions on April 22, 2008. In addition, plaintiff is preparing documents for the Defendants and preparing for Massachusetts Bay Transportation Authority (MBTA) to depose the plaintiff himself on April 28, 2008. The plaintiff will also depose MBTA on April 30, 2008 in the morning and continue with MBTA's deposition of plaintiff in the afternoon.

Wherefore, plaintiff prays that this Honorable Court will permit the plaintiff to delay submitting memorandum in support of objections and motion until the evening of April 30, 2008.

**Respectfully submitted,**

Date: April 28, 2008

_Joseph T. Carmack_ (signature)
Joseph T. Carmack
Plaintiff, Pro Se
592 Tremont Street#5
Boston, MA 02118-1669
Work: 617/727-2310 ext. 7045
Mobile: 617/504-0075

2

## Certificate of Service

  I. Joseph T. Carmack hereby certify that I have on April 28, 2008 served a true copy of the foregoing document by First Class U.S. Mail to Robert K. Blaisdell, Attorney for Massachusetts Bay Commuter Railroad Company ate One Beacon St. Suite 1320 Boston, MA  02108-3113

Date:  April 28, 2008

                *[signature]*
                Joseph T. Carmack
                Plaintiff, Pro Se
                592 Tremont Street#5
                Boston, MA  02118-1669
                Work: 617/727-2310 ext. 7045
                Mobile: 617/504-0075

  I. Joseph T. Carmack hereby certify that I have on April 28, 2008 served a true copy of the foregoing document by First Class U.S. Mail to Todd Valicenti, Attorney for Massachusetts Bay Transportation Authority at 10 Park Plaza Room 3910, Boston, MA 02116 and H. Reed Witherby at Two Center Plaza, Suite 260, Boston, MA 02108.

Date:  April 28, 2008

                *[signature]*
                Joseph T. Carmack
                Plaintiff, Pro Se
                592 Tremont Street#5
                Boston, MA  02118-1669
                Work: 617/727-2310 ext. 7045
                Mobile: 617/504-0075