UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

FILED

|  |  |
|---|---|
| Joseph T. Carmack )<br>　　　　Plaintiff, Pro Se )<br>)<br>v. )<br>)<br>Massachusetts Bay Transportation Authority )<br>)<br>and )<br>)<br>Massachusetts Bay Commuter Railroad Co. )<br>)<br>　　　　Defendants ) | Civil Action No. 05-11430-PBS |

**PLAINTIFF JOSEPH T. CARMACK'S REQUEST FOR SECOND EXTENSION**

**FOR TIME TO FILE MEMORANDUM IN SUPPORT OF OBJECTION TO**

**DEFENDANT MBCR's PROTECTIVE ORDER**

　　　　Plaintiff Joseph T. Carmack ("Plaintiff") hereby moves this Honorable Court for a second enlargement of time pursuant to Fed. Rules of Civ. Procedure Rule 6 for time to file memorandum in support of Plaintiff's objection to the Court's protective order and plaintiff's Motion for Leave to Take Depositions By Oral Examination. As grounds therefore plaintiff states that he has been forced to maintain a concentrated deposition schedule while maintaining a busy work schedule.

　　　　Although previously requested an extension to of time to submit a memorandum until April 30, 2008, plaintiff incorrectly anticipated his employers' opportunities to permit the plaintiff the necessary time off to complete and adequate presentation for this

1

Honorable Court equal to the facts presented and exhibits available. The plaintiff needed the time available to complete discovery. Whereas the plaintiff has been scheduled with a relief day for May 4, 2008, the plaintiff expects to be able to submit an adequate memorandum on May 5, 2008.

Wherefore, plaintiff prays that this Honorable Court will permit the plaintiff to delay submitting memorandum in support of objections and motion until May 5, 2008.

> **Local Rule 7.2 Certification:**
> Although plaintiff original mentioned the possible need for a "couple of days" in conferences with MBCR, plaintiff has not had an opportunity to conference with the either Defendant regarding the 2nd motion for an extension of time and the need to notify required was urgent. Plaintiff will Contact the Defendants for conference regarding the extension and notify the Court

**Respectfully submitted,**

Date: May 2, 2008

*/s/ Joseph T. Carmack*
Joseph T. Carmack
Plaintiff, Pro Se
592 Tremont Street#5
Boston, MA 02118-1669
Work: 617/727-2310 ext. 7045
Mobile: 617/504-0075

## Certificate of Service

I. Joseph T. Carmack hereby certify that I have on May 2, 2008 served a true copy of the foregoing document by electronic and First Class U.S. Mail to Robert K. Blaisdell, Attorney for Massachusetts Bay Commuter Railroad Company ate One Beacon St. Suite 1320 Boston, MA 02108-3113

Date: May 2, 2008

Joseph T. Carmack
Plaintiff, Pro Se
592 Tremont Street#5
Boston, MA 02118-1669
Work: 617/727-2310 ext. 7045
Mobile: 617/504-0075

I. Joseph T. Carmack hereby certify that I have on May 2, 2008 served a true copy of the foregoing document by electronic and First Class U.S. Mail to Todd Valicenti, Attorney for Massachusetts Bay Transportation Authority at 10 Park Plaza Room 3910, Boston, MA 02116 and H. Reed Witherby at Two Center Plaza, Suite 260, Boston, MA 02108.

Date: May 2, 2008

Joseph T. Carmack
Plaintiff, Pro Se
592 Tremont Street#5
Boston, MA 02118-1669
Work: 617/727-2310 ext. 7045
Mobile: 617/504-0075