UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY and<br>MASSACHUSETTS BAY COMMUTER<br>RAILROAD COMPANY,<br>    Defendants | )<br>)<br>)<br>)<br>)   Civil Action No. 05-11430-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO AMEND**
**SUMMARY JUDGMENT BRIEFING SCHEDULE**

The parties jointly move, due to the press of other business, to extend for a period of two weeks the summary judgment motion filing deadline (currently set for May 30, 2008), and to enlarge by a period of two weeks (to a total of four weeks) the period for preparing and filing oppositions to such motions, thereby resetting those deadlines as follows:

    Summary Judgment Motion filing deadline:    06/13/08

    Opposition to Summary Judgment Motions:    07/11/08.

In joining in this motion, the plaintiff does not waive his rights to seek to compel further discovery based upon his perception of inadequate responses by defendants prior to the close of discovery on April 30, 2008; and in including this reservation the defendants do not adopt or concur with plaintiff's positions, and do not waive any objections or defenses they may have to any such motion by the plaintiff.

       Respectfully submitted,

       */s/ Joseph Carmack*
       Joseph Carmack, Plaintiff Pro Se
       592 Tremont Street, No. 5
       Boston, MA  02118


       */s/ H. Reed Witherby*
       H. Reed Witherby, BBO No. 531600
       Smith & Duggan LLP
       Two Center Plaza
       Boston, Massachusetts 02108
       (617) 228-4400


       */s/ Robert K. Blaisdell*
       Robert K. Blaisdell, Esq.
       Donoghue Barrett & Singal, P.C.
       One Beacon Street Suite 1320
       Boston, Massachusetts 02108

May 27, 2008

---

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that I have caused a copy to be sent by first class mail, postage prepaid, to Joseph Carmack, Plaintiff Pro Se, 592 Tremont Street, No. 5, Boston, MA  02118, as a non-registered participant on this 27th day of May, 2008.

    */s/ H. Reed Witherby*
    H. Reed Witherby