UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH T. CARMACK,<br>      Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY and<br>MASSACHUSETTS BAY COMMUTER<br>RAILROAD COMPANY,<br>      Defendants | Civil Action No. 05-11430-PBS |

**JOINT MOTION TO AMEND**
**SUMMARY JUDGMENT BRIEFING SCHEDULE**

The parties jointly move to extend for a period of three business days the summary judgment motion filing deadline (currently set for June 13, 2008), and to enlarge by a similar period of three business days the period for preparing and filing oppositions to such motions, thereby resetting those deadlines as follows:

    Summary Judgment Motion filing deadline:    06/18/08

    Opposition to Summary Judgment Motions:    07/16/08.

As reason therefore, the parties state that they require additional time to resolve the Plaintiff's outstanding discovery issues and to seek clarification of the Court's June 3, 2008 electronic order:

> Docket Text:
> Judge Judge Patti B. Saris: ELECTRONIC ENDORSEMENT allowing in part [84] MOTION for Protective Order filed by Massachusetts Bay Commuter Railway Company. "Plaintiff can take only 10 depositions, limited to 4 hours a piece. The scope of the depositions is limited to the events at North Station on 7/1/03 and the engineering hiring decisions in 2003." (Patch, Christine)

Specifically, it is the Plaintiff's position that the Court's electronic order permits the Plaintiff extended time to depose all deponents noticed on or before April 23, 2008. Conversely, it is the Defendants' position that as discovery ended on April 30, 2008 and the parties are presently on a summary judgment schedule, no further discovery is required or permitted.

                                    Respectfully submitted,

                                    */s/  Joseph Carmack*
                                    Joseph Carmack, Plaintiff Pro Se
                                    592 Tremont Street, No. 5
                                    Boston, MA  02118


                                    */s/ H. Reed Witherby*
                                    H. Reed Witherby, BBO No. 531600
                                    Smith & Duggan LLP
                                    Two Center Plaza
                                    Boston, Massachusetts 02108
                                    (617) 228-4400


                                    */s/ Robert K. Blaisdell*
                                    Robert K. Blaisdell, Esq.
                                    Donoghue Barrett & Singal, P.C.
                                    One Beacon Street Suite 1320
                                    Boston, Massachusetts 02108

June 13, 2008

---

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that I have caused a copy to be sent by first class mail, postage prepaid, to Joseph Carmack, Plaintiff Pro Se, 592 Tremont Street, No. 5, Boston, MA  02118, as a non-registered participant on this 13th day of June, 2008.

                        */s/ Robert K. Blaisdell*
                        Robert K. Blaisdell, Esq.