UNITED STATES DISTRICT COURT
of the
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH T. CARMACK, <br>     Plaintiff, *pro se* <br> v. <br><br> MASSACHUSETTS BAY <br> TRANSPORTATION AUTHORITY <br> and MASSACHUSETTS BAY <br> COMMUTER RAILROAD COMPANY, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 05-11430-PBS |

**MASSACHUSETTS BAY COMMUTER RAILROAD COMPANY'S
MOTION FOR SUMMARY JUDGMENT
PURUSANT TO FED.R.CIV.P. 56(c)**

NOW COMES the Massachusetts Bay Commuter Railroad Company ("MBCR"), a Defendant in the above-captioned matter, which moves for summary judgment on the remaining counts in Plaintiff's Second Amended Complaint against it pursuant to F.R.Civ.P. 56(c). As reasons therefore and in support thereof, MBCR submits herewith its Memorandum in Support of its Motion for Summary Judgment.

                                              Respectfully Submitted,
                                              MASSACHUSETTS BAY COMMUTER
                                              RAILROAD COMPANY,
                                              By its attorneys,

                                              /s/ Robert K. Blaisdell
                                              Robert K. Blaisdell, BBO #568060
                                              Donoghue, Barrett & Singal, P.C.
                                              One Beacon Street, Suite 1320
                                              Boston, Massachusetts  02108
Dated:  June 18, 2008                      (617) 598-6700

**CERTIFICATE OF SERVICE**
I, Robert K. Blaisdell, hereby certify that I have caused copies of the foregoing document to be served upon by first class mail, postage prepaid to be served upon *pro se* Plaintiff Joseph T. Carmack, 592 Tremont Street, Boston, MA, this 18th day of June, 2008.

                                              **/s/ Robert K. Blaisdell**
                                              **Robert K. Blaisdell**