# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
                                           )
JOSEPH T. CARMACK,                         )
            Plaintiff,                     )
                                           )
v.                                         )        Civil Action No. 05-11430-PBS
                                           )
MASSACHUSETTS BAY                          )
TRANSPORTATION AUTHORITY and               )
MASSACHUSETTS BAY COMMUTER                 )
RAILROAD COMPANY,                          )
            Defendants                     )
_____  )


## MOTION TO ENLARGE TIME

Defendant Massachusetts Bay Transportation Authority moves to enlarge the time for filing its Motion for Summary Judgment and supporting materials, which were due yesterday, due to last-minute logistical problems encountered in the preparation of the package for filing. The MBTA will file and serve its summary judgment package forthwith, subject to this Court's ruling on this motion.


Respectfully submitted,


   _/s/ H. Reed Witherby_____
H. Reed Witherby, BBO No. 531600
Smith & Duggan LLP
Two Center Plaza
Boston, Massachusetts 02108
(617) 228-4400

  */s/ Todd M. Valicenti*
Todd M. Valicenti, BBO No. 632800
Assistant General Counsel
MBTA Legal Department
Ten Park Plaza, Suite 7760
Boston, Massachusetts 02116
(617) 222-4579

June 19, 2008

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that I have caused a copy to be sent by first class mail, postage prepaid, to Joseph Carmack, Plaintiff, Pro Se, 592 Tremont Street, No. 5, Boston, MA 02118, as a non-registered participant on this 19th day of June, 2008.

                                        */s/ H. Reed Witherby*
                                        H. Reed Witherby