UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK,<br>      Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY and<br>MASSACHUSETTS BAY COMMUTER<br>RAILROAD COMPANY,<br>      Defendants | Civil Action No. 05-11430-PBS |

## MASSACHUSETTS BAY TRANSPORTATION AUTHORITY'S MOTION FOR SUMMARY JUDGMENT

The defendant Massachusetts Bay Transportation Authority moves, pursuant to Fed. R. Civ. P. 56, for summary judgment in its favor, dismissing all remaining claims against it in this action. In support of this motion, the Authority relies upon the accompanying Statement of Undisputed Material Facts pursuant to Local Rule 56.1, the supporting Exhibits filed herewith, and the accompanying memorandum of law.

Respectfully submitted,

By its attorneys,

*/s/ H. Reed Witherby*
H. Reed Witherby, BBO No. 531600
Sarah E. Lent, BBO No. 645156
Smith & Duggan LLP
Two Center Plaza
Boston, Massachusetts 02108
(617) 228-4400

                                            */s/ Todd M. Valicenti*
                                            Todd M. Valicenti, BBO No. 632800
                                            Assistant General Counsel
                                            MBTA Legal Department
                                            Ten Park Plaza, Suite 7760
                                            Boston, Massachusetts 02116
                                            (617) 222-4579

Dated: June 19, 2008

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that I have caused a copy to be sent by first class mail, postage prepaid, to Joseph Carmack, Plaintiff, Pro Se, 592 Tremont Street, No. 5, Boston, MA 02118, as a non-registered participant on this 19th day of June, 2008.

                                            */s/ H. Reed Witherby*
                                            H. Reed Witherby