UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK,<br>  Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY and<br>MASSACHUSETTS BAY COMMUTER<br>RAILROAD COMPANY,<br>  Defendants | )<br>)<br>)<br>)  Civil Action No. 05-11430-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY'S REVISED CERTIFICATE OF SERVICE**

  On June 19, 2008, defendant Massachusetts Bay Transportation Authority ("MBTA") filed its summary judgment package along with a motion to enlarge by one day the time for filing it (which motion was allowed on June 20, 2008). The certificate of service on each of those documents (Docket Nos. 96-99)[1] certified that it was filed through the ECF system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that I also had caused a copy to be sent to Joseph Carmack, Plaintiff Pro Se, 592 Tremont Street, No. 5, Boston, MA 02118, as a non-registered participant, by first class mail, postage prepaid, on June 19, 2008.

  This afternoon, however, that service package, addressed to Mr. Carmack, was returned to my office marked RTS (presumably, "return to sender"). It appears from the address label that the package had mistakenly been mailed to Mr. Carmack at his former address, 398 Columbus

---

[1] Specifically: Docket Nos. 96 (Motion to Enlarge Time), 97 (Motion for Summary Judgment), 98 (Memorandum in Support of Motion for Summary Judgment), and 99 (Statement of Material Facts under Local Rule 56.1, with attached Exhibit List and exhibits).

Avenue, Private Mail Box 130, Boston, MA 02116, rather than to his current address (as was stated in the certificate of service).  I contacted Mr. Carmack, who confirmed that he did not receive service copies of those documents from this office (although he advised me that he did download selected parts of the summary judgment package from the Court's files last week).

Accordingly, the certificate of service on those documents (Docket Nos. 96-99) was inadvertently in error, as set forth above.  I hereby now certify that I have caused copies of those documents (Docket Nos. 96-99) to be sent on this 16th day of July, 2008, by prepaid overnight delivery service, to Joseph Carmack, Plaintiff Pro Se, 592 Tremont Street, No. 5, Boston, MA 02118.

> Respectfully submitted,
>
> */s/ H. Reed Witherby*
> H. Reed Witherby, BBO No. 531600
> Smith & Duggan LLP
> Two Center Plaza
> Boston, Massachusetts 02108
> (617) 228-4400

Dated:  July 16, 2008

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that I have caused a copy to be sent by prepaid overnight delivery service to Joseph Carmack, Plaintiff, Pro Se, 592 Tremont Street, No. 5, Boston, MA  02118, as a non-registered participant on this 16th day of July, 2008.

> */s/ H. Reed Witherby*
> H. Reed Witherby