UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph T. Carmack <br>     Plaintiff, Pro Se <br><br> v. <br><br> Massachusetts Bay Transportation Authority <br><br> and <br><br> Massachusetts Bay Commuter Railroad Co. <br><br>     Defendants | Civil Action No. 05-11430-PBS |

**PLAINTIFF JOSEPH T. CARMACK'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 56 (f)(2)**

Plaintiff Joseph T. Carmack hereby submits this opposition to the Defendants' (Massachusetts Bay Transportation Authority "MBTA" and Massachusetts Bay Commuter Railroad Co. "MBCR") motions for summary judgment on the grounds that plaintiff Defendants have been unresponsive to plaintiff's legitimate discovery requests. As has been documented in discovery motions and objections, the parties have had disagreements regarding the completion of discovery, compromises and stipulations.[1] In addition, as a result of returned mail, plaintiff did not receive MBTA's Motion and supporting documents until on or about July 9, 2008.[2]

---

[1] See MBCR's Motion for a Protective Order; Docket #84 and Plaintiff's Objection; and this Honorable Courts electronic orders of 5/5/2008 and 6/3/2008.
[2] MBTA reports that documents were returned in the U.S. Mail because MBTA used an old address (398 Columbus Avenue, Boston, MA 02116).

1

Wherefore, plaintiff respectfully requests that this Honorable Court order a continuance to enable affidavits to be obtained, depositions to be taken and further discovery.

**Respectfully submitted,**

Date: July 16, 2008

_____
Joseph T. Carmack
Plaintiff, Pro Se
592 Tremont Street#5
Boston, MA  02118-1669
Work:  617/727-2310 ext. 7045
Mobile:  617/504-0075

**Certificate of Service**

I. Joseph T. Carmack hereby certify that I have on July 16, 2008 served a true copy of the foregoing document by First Class U.S. Mail to Robert K. Blaisdell, Attorney for Massachusetts Bay Commuter Railroad Company ate One Beacon St. Suite 1320 Boston, MA  02108-3113

Date: July 16, 2008

_____
Joseph T. Carmack
Plaintiff, Pro Se
592 Tremont Street#5
Boston, MA  02118-1669
Work:  617/727-2310 ext. 7045
Mobile:  617/504-0075

I. Joseph T. Carmack hereby certify that I have on July 16, 2008 served a true copy of the foregoing document by First Class U.S. Mail to Todd Valicenti, Attorney for Massachusetts Bay Transportation Authority at 10 Park Plaza Room 3910, Boston, MA 02116 and H. Reed Witherby at Two Center Plaza, Suite 260, Boston, MA  02108.

Date: July 16, 2008

_____
Joseph T. Carmack
Plaintiff, Pro Se
592 Tremont Street#5
Boston, MA  02118-1669
Work:  617/727-2310 ext. 7045
Mobile:  617/504-0075