UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Joseph T. Carmack <br>       Plaintiff, Pro Se <br><br>       v. <br><br> Massachusetts Bay Transportation Authority <br><br>       and <br><br> Massachusetts Bay Commuter Railroad Co. <br><br>       Defendants | Civil Action No. 05-11430-PBS |

**PLAINTIFF JOSEPH T. CARMACK'S MOTION FOR AN EXTENSION OF TIME PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 6**

Plaintiff Joseph T. Carmack ("plaintiff") hereby moves for an extension of time to

file memorandum and statement of material fact in support of plaintiff's Opposition to

Defendants'(Massachusetts Bay Transportation Authority "MBTA" and Massachusetts

Bay Commuter Railroad Co. "MBCR") motions for summary judgment on the grounds

that plaintiff Defendants have been unresponsive to plaintiff's legitimate discovery

requests. As has been documented in discovery motions and objections, the parties have

had disagreements regarding the completion of discovery, compromises and stipulations.[1]

As a result, plaintiff must adjust his opposition in response to a separate body of evidence

(other than that which was anticipated). In addition, as a result of returned mail, plaintiff

---

[1] See MBCR's Motion for a Protective Order; Docket #84 and Plaintiff's Objection; and this Honorable
Courts electronic orders of 5/5/2008 and 6/3/2008.

did not receive MBTA's Motion and supporting documents until on or about July 9, 2008.[2]

Wherefore, plaintiff respectfully requests that this Honorable Court fashion an order granting an extension until July 23, 2008 for plaintiff to complete supporting memorandum and statement of material facts with exhibits in support of plaintiff's Opposition to Defendants' Motions for Summary Judgment.

**Respectfully submitted,**

Date: July 16, 2008

Joseph T. Carmack
Plaintiff, Pro Se
592 Tremont Street#5
Boston, MA  02118-1669
Work:  617/727-2310 ext. 7045
Mobile:  617/504-0075

**Certificate of Service**

I. Joseph T. Carmack hereby certify that I have on July 16, 2008 served a true copy of the foregoing document by First Class U.S. Mail to Robert K. Blaisdell, Attorney for Massachusetts Bay Commuter Railroad Company ate One Beacon St. Suite 1320 Boston, MA  02108-3113

Date:  July 16, 2008

Joseph T. Carmack
Plaintiff, Pro Se
592 Tremont Street#5
Boston, MA  02118-1669
Work:  617/727-2310 ext. 7045
Mobile:  617/504-0075

I. Joseph T. Carmack hereby certify that I have on July 16, 2008 served a true copy of the foregoing document by First Class U.S. Mail to Todd Valicenti, Attorney for Massachusetts Bay Transportation Authority at 10 Park Plaza Room 3910, Boston, MA 02116 and H. Reed Witherby at Two Center Plaza, Suite 260, Boston, MA  02108.

---

[2] MBTA reports that documents were returned in the U.S. Mail because MBTA used an old address (398 Columbus Avenue, Boston, MA  02116).

Date:  July 16, 2008

Joseph T. Carmack
Plaintiff, Pro Se
592 Tremont Street#5
Boston, MA  02118-1669
Work:  617/727-2310 ext. 7045
Mobile:  617/504-0075