UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph T. Carmack<br>　　　　Plaintiff, Pro Se<br><br>v.<br><br>Massachusetts Bay Transportation Authority<br><br>　　and<br><br>Massachusetts Bay Commuter Railroad Co.<br><br>　　　　Defendants | Civil Action No. 05-11430-PBS |

**LIST OF EXHIBITS TO PLAINTIFF'S OPPOSITION TO DEFENDANTS'**

**MOTIONS FOR SUMMARY JUDGMENT**

| | |
|---|---|
| Exhibit 1 | Commuter Rail Mobilization Services Agreement between MBTA and MBCR |
| Exhibit 2 | Transcript of Deposition of Jacqueline M. Boumel |
| Exhibit 3 | 1985 correspondence between Plaintiff, Amtrak and Doctor (62) |
| Exhibit 4 | Declaration of Anne Gurian, M.D. |
| Exhibit 5 | Transcript of Deposition of Russell Vasile, M.D. |
| Exhibit 6 | Memorandum from Marianne Letterio, RN, BSN dated 1/23/2001 and Amtrak Return to Service Evaulation from health Resources |
| Exhibit 7 | Letter from Carmack to O'Bryan dated March 11, 2001 |
| Exhibit 8 | Letters From Hell |
| Exhibit 9 | Hamlet Satire |
| Exhibit 10 | Selected pages from calendar log of Gerard L. DeModena |
| Exhibit 11 | Amtrak Workplace Violence Report |
| Exhibit 12 | E-Mail from DePhillips to Managers and Supervisors dated 5/3/2001 |
| Exhibit 13 | Memo from Marrianne Lettario to Amtrak's Medical Director Dr. Timmie Pinsky dated 5/3/2001. |
| Exhibit 14 | E-Mail from Marrianne Letterio to O'Malley dated 5/3/2001 |
| Exhibit 15 | Letter from O'Malley to Plaintiff dated May 4, 2001 |

1

| | |
|---|---|
| Exhibit 16 | Amtrak Hearing Testimony Transcript |
| Exhibit 17 | Notes of Dr. Ann Gurian dated 01/17/2001, 05/30/2001, 7/30/2001 and and 4/4/2002 |
| Exhibit 18 | Amtrak Medical Protocols and Procedures. |
| Exhibit 19 | Amtrak Job Description for Health Services Manager |
| Exhibit 20 | Amtrak Policies and Procedure Manual, Section PERS-28 |
| Exhibit 21 | Memorandum from Dr. Timmie Pinsky dated 5/7/2001. |
| Exhibit 22 | Declaration of Joseph T. Carmack dated 7/16/2008. |
| Exhibit 23 | Letter from Carmack to O'Malley dated June 14, 2001. |
| Exhibit 24 | Letter from Carmack to Pinsky of 7/31/2001. |
| Exhibit 25 | Letter from Marianne Letterio to Dr. Russell Vasile of May 17, 2008. |
| Exhibit 26 | Letters of O'Malley to Plaintiff dated 5/4/2001, 5/17/2001, 6/8/2001 and July 24, 2001. |
| Exhibit 27 | Amtrak Engineers' rosters |
| Exhibit 28 | Transcript of Deposition of Christa Cuppernull Phillips |
| Exhibit 29 | Letter of September 10, 2001 from M. J. O'Malley to plaintiff, 'NOTICE OF FORMAL INVESTIGATION' |
| Exhibit 30 | Amtrak Standards of Excellence, Professional and Personal Conduct. |
| Exhibit 31 | Collective Bargaining Agreement, Rules 21 and 22. |
| Exhibit 32 | Commuter Rail Operating Agreement Between MBTA and MBCR. |
| Exhibit 33 | E-Mail from Christa Cuppernull Phillips to John Humes. |
| Exhibit 34 | Return Receipts for Certified Mail # 7001 1940 0005 7197 9945 received by MBCR Human Resources on May 15, 2003. |
| Exhibit 35 | Letter from Dr. Russell Vasile dated 04/02/2002 |
| Exhibit 36 | Letter from O'Malley to Plaintiff dated 8/20/2002 and plaintiff's response dated 8/31/2002 |
| Exhibit 37 | Transcript of Deposition of MBTA Police Detective Robert Pavia. |
| Exhibit 38 | Amtrak Health Services, Medical Progress Notes prepared by Dr. Timmie |

**Respectfully submitted,**

Date: July 23, 2008

Joseph T. Carmack
Plaintiff, Pro Se
592 Tremont Street #5
Boston, MA 02118-1669
Work: 617/727-2310 ext. 7045
Mobile: 617/504-0075

## Certificate of Service

I. Joseph T. Carmack hereby certify that I have on July 23, 2008 served a true copy of the foregoing document, **List of Exhibits to Plaintiff's Opposition to Defendants Motions for Summary Judgment**, by First Class U.S. Mail to Robert K. Blaisdell, Attorney for Massachusetts Bay Commuter Railroad Company ate One Beacon St. Suite 1320 Boston, MA  02108-3113

Date: July 23, 2008

                                            Joseph T. Carmack
                                            Plaintiff, Pro Se
                                            592 Tremont Street#5
                                            Boston, MA  02118-1669
                                            Work:  617/727-2310 ext. 7045
                                            Mobile:  617/504-0075

I. Joseph T. Carmack hereby certify that 1 have on July 23, 2008 served a true copy of the foregoing document, **List of Exhibits to Plaintiff's Opposition to Defendants Motions for Summary Judgment**, by First Class U.S. Mail to H. Reed Witherby at Two Center Plaza, Suite 260, Boston, MA  02108.

Date: July 23, 2008

                                            Joseph T. Carmack
                                            Plaintiff, Pro Se
                                            592 Tremont Street#5
                                            Boston, MA  02118-1669
                                            Work:  617/727-2310 ext. 7045
                                            Mobile:  617/504-0075

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.