

### Certificate of Service

I. Joseph T. Carmack hereby certify that I have on July 23, 2008 served a true copy of the foregoing document, **Plaintiff's Statement of Undisputed Material Facts Showing a Genuine Issue for Trial in Opposition to Defendants' Motions for Summary Judgment** with Exhibits, by Federal Express Courier to Robert K. Blaisdell, Attorney for Massachusetts Bay Commuter Railroad Company ate One Beacon St. Suite 1320 Boston, MA 02108-3113

Date: July 29, 2008

Joseph T. Carmack
Plaintiff, Pro Se
592 Tremont Street, #5
Boston, MA 02118
Work: 617/727-2310 ext. 7045
Mobile: 617/504-0075.

I. Joseph T. Carmack hereby certify that I have on July 23, 2008 served a true copy of the foregoing document, **Plaintiff's Statement of Undisputed Material Facts Showing a Genuine Issue for Trial in Opposition to Defendants' Motions for Summary Judgment** with Exhibits, by Federal Express Courier to H. Reed Witherby, Attorney for Massachusetts Bay Transportation Authority at Two Center Plaza, Boston, MA 02108-1906.

Date: July 29, 2008

Joseph T. Carmack
Plaintiff, Pro Se
592 Tremont Street, #5
Boston, MA 02118
Work: 617/727-2310 ext. 7045
Mobile: 617/504-0075.