UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph T. Carmack<br>       Plaintiff, Pro Se<br><br>v.<br><br>Massachusetts Bay Transportation Authority<br><br>and<br><br>Massachusetts Bay Commuter Railroad Co.<br><br>       Defendants | Civil Action No. 05-11430-PBS |

**PLAINTIFF JOSEPH T. CARMACK'S MOTION FOR ADDITIONAL ENLARGMENT OF TIME FOR FILING MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Pusuant to Federal Rules of Civil Procedure, Rule 6, Plaintiff, Joseph T. Carmack ("plaintiff"), hereby moves this Honorable Court for an order extending the deadline for filing memorandum in support of PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT. Plaintiff moves for an order that will allow plaintiff until August 8, 2008 to submit a memorandum. As grounds for this motion plaintiff submits the following:

1. Plaintiff's employers have been unable to grant enough leave to allow the plaintiff to prepare an adequate response to Defendants' motions in the time previously granted by this Honorable Court.

1

2. At this time, plaintiff does not anticipate that the current work load with plaintiff's employers will permit more leave prior to August 8, 2008.

3. Plaintiff has only one free day per week. Plaintiff can only complete legal research at the Boston Public Library (including validation of cases) on Monday and Tuesday evenings.

4. Whereas plaintiff's opposition to motions for summary judgment requests additional discovery, plaintiff will need to prepare motions to compel concurrent with memorandum.

5. Plaintiff must continue to work without leave in order to finance basic living expenses and additional discovery.

6. Justice fairness and judicial economy require additional time to permit the plaintiff to properly and fully address the Defendants' arguments.

Wherefore, the plaintiff moves this Honorable Court to enlarge the time for plaintiff's memorandum until August 8, 2008.

**Respectfully submitted,**

Date: July 29, 2008

Joseph T. Carmack
Plaintiff, Pro Se
592 Tremont Street#5
Boston, MA 02118-1669
Work: 617/727-2310 ext. 7045
Mobile: 617/504-0075

## Certificate of Service

I, Joseph T. Carmack, hereby certify that I have on July 29, 2008 served a true copy of the foregoing document, **PLAINTIFF JOSEPH T. CARMACK'S MOTION FOR ADDITIONAL ENLARGMENT OF TIME FOR FILING MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** by First Class U.S. Mail to Robert K. Blaisdell, Attorney for Massachusetts Bay Commuter Railroad Company ate One Beacon St. Suite 1320 Boston, MA 02108-3113

Date: July 29, 2008

                                        Joseph T. Carmack
                                        Plaintiff, Pro Se
                                        592 Tremont Street#5
                                        Boston, MA 02118-1669
                                        Work: 617/727-2310 ext. 7045
                                        Mobile: 617/504-0075

I, Joseph T. Carmack, hereby certify that I have on July 29, 2008 served a true copy of the foregoing document, **PLAINTIFF JOSEPH T. CARMACK'S MOTION FOR ADDITIONAL ENLARGMENT OF TIME FOR FILING MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** by First Class U.S. Mail to H. Reed Witherby, Attorney for Massachusetts Bay Transportation Authority, at Two Center Plaza, Suite 620, Boston, MA 02108.

Date: July 29, 2008

                                        Joseph T. Carmack
                                        Plaintiff, Pro Se
                                        592 Tremont Street#5
                                        Boston, MA 02118-1669
                                        Work: 617/727-2310 ext. 7045
                                        Mobile: 617/504-0075