UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. CARMACK,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY and<br>MASSACHUSETTS BAY COMMUTER<br>RAILROAD COMPANY,<br>    Defendants | )<br>)<br>)<br>)    Civil Action No. 05-11430-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO ESTABLISH REVISED BRIEFING SCHEDULE**

In order to accommodate the schedules of the parties, the parties have conferred and hereby jointly move to establish the following revised schedule for the further briefing of the Defendants' respective pending Motions for Summary Judgment (Docket Nos. 93 and 97):

Plaintiff's Memorandum in Opposition    Friday, August 15

Defendants' Reply Memoranda    Friday, August 29

This joint motion, if allowed, supersedes Plaintiff's Motion For Additional Enlargement Of Time For Filing Memorandum In Support Of Plaintiff's Opposition To Defendants' Motion For Summary Judgment (Docket No. 106).

    Respectfully submitted,

    */s/ Joseph T. Carmack*
    Joseph T. Carmack
    Plaintiff, pro se
    592 Tremont St., No. 5
    Boston, MA 02118
    Work (617) 727-2310 ext. 7045

        */s/ H. Reed Witherby*
H. Reed Witherby, BBO No. 531600
Smith & Duggan LLP
Two Center Plaza
Boston, Massachusetts 02108
(617) 228-4400


        */s/ Todd M. Valicenti*
Todd M. Valicenti, BBO No. 632800
Assistant General Counsel
MBTA Legal Department
Ten Park Plaza, Suite 7760
Boston, Massachusetts 02116
(617) 222-4579


        */s/ Bob Blaisdell*
Robert K. Blaisdell, Esq., BBO# 568060
Donoghue Barrett & Singal, P.C.
One Beacon Street Suite 1320
Boston, Massachusetts 02108
(617) 598-6700

August 5, 2008

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that I have caused a copy to be sent by first class mail, postage prepaid, to Joseph Carmack, Plaintiff, Pro Se, 592 Tremont Street, No. 5, Boston, MA 02118, as a non-registered participant on this 5th day of August, 2008.

    */s/ H. Reed Witherby*
    H. Reed Witherby